TABLE OF CONTENTS

| Borrower: Dorel Mitrut | | File No.: Huntington_2620 |
|---|---|---|
| Property Address: 2620 Huntington Rd | | Case No.: HMR170914009 |
| City: Sacramento | State: CA | Zip: 95864 |
| Lender: Athas Capital Group | | |

Order . . . . . 1
Table of Contents . . . . . 2
Title . . . . . 3
Letter of Transmittal . . . . . 4
1004_05UAD . . . . . 5
Addendum . . . . . 16
1004MC 2009 . . . . . 19
1004MC Graph Addendum 1 . . . . . 20
Subject Photos . . . . . 21
Extra 15 Photo Page 1 . . . . . 22
Extra 15 Photo Page 2 . . . . . 23
Extra 15 Photo Page 3 . . . . . 24
Comps 1,2,3 Photos . . . . . 25
Comps 4,5,6 Photos . . . . . 26
Comps 7,8,9 Photos . . . . . 27
Sketch . . . . . 28
Plat Map . . . . . 29
Location Map . . . . . 30
LICENSE . . . . . 31
Extra Document Page 1 . . . . . 32
Aerial Map . . . . . 33
REALIST . . . . . 34
REALIST . . . . . 35
REALIST . . . . . 36
CMA . . . . . 37
CMA . . . . . 38
MAPPED CMA . . . . . 39
MAPPED CMA . . . . . 40
TREND . . . . . 41
TREND . . . . . 42
TREND . . . . . 43
TREND . . . . . 44
TREND . . . . . 45
TREND . . . . . 46

FELICISIMO QUIPOT
A-TEAM APPRAISAL GROUP

HMR170914009
File No. Huntington_2620

# APPRAISAL OF

## LOCATED AT:

2620 Huntington Rd
Sacramento, CA 95864

## FOR:

Athas Capital Group
27001 Agoura Road
Calabasas Hills, CA 91301

## BORROWER:

Dorel Mitrut

## AS OF:

November 16, 2017

## BY:

Felicisimo Quipot

11/16/2017

ACT Appraisals, Inc
Athas Capital Group
27001 Agoura Road
Calabasas Hills, CA 91301

File Number: Huntington_2620

In accordance with your request, I have appraised the real property at:

2620 Huntington Rd
Sacramento, CA 95864

The purpose of this appraisal is to develop an opinion of the market value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the market value of the property as of November 16, 2017 is:

$2,395,000
Two Million Three Hundred Ninety-Five Thousand Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, limiting conditions and appropriate certifications.

Felicisimo Quipot

HMR170914009
File No. Huntington_2620

# Uniform Residential Appraisal Report

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

Property Address 2620 Huntington Rd | City Sacramento | State CA | Zip Code 95864

Borrower Dorel Mitrut | Owner of Public Record Rodica Alina Boncioaga | County Sacramento

Legal Description W 100 Ft Of E 190 Ft Lot 1 Sierra Oaks Vista No 2

Assessor's Parcel # 293-0012-002-0000 | Tax Year 2017 | R.E. Taxes $ 20,465

Neighborhood Name Sierra Oaks | Map Reference 298-E5 | Census Tract 0054.04

Occupant [ ] Owner [X] Tenant [ ] Vacant | Special Assessments $ 0 | [ ] PUD HOA $ 0 [ ] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Assignment Type [ ] Purchase Transaction [X] Refinance Transaction [ ] Other (describe)

Lender/Client Athas Capital Group | Address 27001 Agoura Road, Calabasas Hills, CA 91301

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [X] Yes [ ] No

Report data source(s) used, offering price(s), and date(s). DOM 0;Had a withdrawn offering as of 10/09/2017 for $2,925,000. The reference number is #17030225 as provided by Metrolist, days on market is 138.Had a withdrawn offering as of 05/01/2017 for $3,100,000. The reference number is < continued in addendum >

**CONTRACT**

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ | Date of Contract | Is the property seller the owner of public record? [ ] Yes [ ] No Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No

If Yes, report the total dollar amount and describe the items to be paid.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | | One-Unit Housing Trends | | | | One-Unit Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban | [X] Suburban | [ ] Rural | Property Values | [ ] Increasing | [X] Stable | [ ] Declining | PRICE $(000) | | AGE (yrs) | One-Unit | 70 % |
| Built-Up | [X] Over 75% | [ ] 25-75% | [ ] Under 25% | Demand/Supply | [X] Shortage | [ ] In Balance | [ ] Over Supply | 780 | Low | 0 | 2-4 Unit | 5 % |
| Growth | [ ] Rapid | [X] Stable | [ ] Slow | Marketing Time | [ ] Under 3 mths | [X] 3-6 mths | [ ] Over 6 mths | 2,775 | High | 88 | Multi-Family | 15 % |
| | | | | | | | | 1,407 | Pred. | 27 | Commercial | 10 % |
| | | | | | | | | | | | Other | % |

Neighborhood Boundaries North by Arden Way, South by American River, East by Watt Ave, West by Howe Ave

Neighborhood Description The subject property is located in a subdivision type neighborhood area complete w/ finished asphalt roadways and concrete sidewalks. Neighborhood area is proximate to local emergency, public and utility services. Linkages proximate to the area are K-12 schools, commercial and shopping conveniences, employment areas, transportation ways, public transportation.

Market Conditions (including support for the above conclusions) See Attached Addendum

**SITE**

Dimensions 100x243 | Area 24300 sf | Shape Rectangular | View N;Res;

Specific Zoning Classification RES | Zoning Description SFR

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe. See Attached Addendum

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] 220 Volts | Water | [X] | [ ] | Street Asphalt | [X] | [ ] |
| Gas | [X] | [ ] Natural | Sanitary Sewer | [X] | [ ] | Alley None | [ ] | [ ] |

FEMA Special Flood Hazard Area [ ] Yes [X] No | FEMA Flood Zone X500L | FEMA Map # 06067C0184H | FEMA Map Date 08/16/2012

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe. There were no adverse site conditions noted @ the time of inspection.

**IMPROVEMENTS**

| GENERAL DESCRIPTION | FOUNDATION | EXTERIOR DESCRIPTION materials/condition | INTERIOR materials/condition |
|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [ ] Concrete Slab [X] Crawl Space | Foundation Walls Concrete Foot/New | Floors HW,Til/New |
| # of Stories 1 | [ ] Full Basement [ ] Partial Basement | Exterior Walls Concrete/New | Walls Custom Plstr/New |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area 0 sq. ft. | Roof Surface Tile/New | Trim/Finish Custom Wd/New |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish 0 % | Gutters & Downspouts Aluminum/New | Bath Floor Custom Til/New |
| Design (Style) Mediterranean | [ ] Outside Entry/Exit [ ] Sump Pump | Window Type Custom/New | Bath Wainscot Custom Til/New |
| Year Built 2017 | Evidence of [ ] Infestation | Storm Sash/Insulated None | Car Storage [ ] None |
| Effective Age (Yrs) 0 | [ ] Dampness [ ] Settlement | Screens Aluminum/New | [X] Driveway # of Cars 2 |
| Attic [ ] None | Heating [X] FWA [ ] HWBB [ ] Radiant | Amenities [ ] WoodStove(s) #0 | Driveway Surface Concrete |
| [ ] Drop Stair [ ] Stairs | [ ] Other Fuel Gas | [X] Fireplace(s) # 3 [X] Fence Wood | [X] Garage # of Cars 2 |
| [ ] Floor [X] Scuttle | Cooling [X] Central Air Conditioning | [X] Patio/Deck Cvr [X] Porch Cvr | [ ] Carport # of Cars 0 |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | [ ] Pool None [ ] Other None | [X] Att. [ ] Det. [ ] Built-in |

Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [ ] Washer/Dryer [ ] Other (describe)

Finished area above grade contains: 10 Rooms | 4 Bedrooms | 5.0 Bath(s) | 4,507 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.). Subject is a new build and is a custom home. Home is equipped w Solar System and is owned It should be noted that the subject is connected and/or has access to typical public electrical utility.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). C1;No updates in the prior 15 years;Subject is a newer build finished in 2017. This is a custom home. CO and smoke alarms are installed and functional. Water heater is dual strapped. The design and features of the home includes imported granite countertops in kitchen, bathrooms. Imported HW flooring. Venetian plaster ceiling and wall finish. Anderson Wood low e windows. Custom doors, both interior and exterior. Solar is owned. The subject is finished in workmanlike manner.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No If Yes, describe. There were no noted or apparent physical deficiencies or adverse conditions noted @ the time of inspection.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No If No, describe. The subject property generally conforms to the neighborhood area. The subject's neighborhood are made up of upper end custom homes. GLA is based on measurements of subjct as well as plans received from the borrower/client. This may not reflect the actual GLA as recorded in public records and MLS. However, the variance is not an indication of any adverse or negative condition.

HMR170914009

# Uniform Residential Appraisal Report

File No. Huntington_2620

There are 5 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 985,000 to $ 2,895,000 .

There are 18 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 849,000 to $ 2,775,000 .

SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 2620 Huntington Rd Sacramento, CA 95864 | 3100 Adams Road Sacramento, CA 95864 | | 441 Crocker Road Sacramento, CA 95864 | | 500 Crocker Road Sacramento, CA 95864 | |
| Proximity to Subject | | 0.72 miles NE | | 0.37 miles NE | | 0.61 miles NE | |
| Sale Price | $ | | $ 2,075,000 | | $ 1,700,000 | | $ 2,300,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 462.96 sq. ft. | | $ 450.21 sq. ft. | | $ 407.08 sq. ft. | |
| Data Source(s) | | Metro#17013222;DOM 173 | | Metro#17019409;DOM 130 | | Metro#17017871;DOM 19 | |
| Verification Source(s) | | NDCData.com;LP$2195000 | | Doc#20170808-1708080814 ;LP$2100000 | | Doc# ;LP$2495000 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | ArmLth PriVAte;0 | 0 0 | ArmLth Cash;0 | 0 0 | ArmLth Conv;0 | 0 0 |
| Date of Sale/Time | | s11/17;c10/17 | 0 | s08/17;c08/17 | 0 | s05/17;c04/17 | 0 |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 24300 sf | 33794 sf | -19,000 | 23958 sf | 0 | 29555 sf | -10,500 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT1;Mediterranean | DT2;Mediterranean | 0 | DT1;Contemporary | 0 | DT1;Contemporary | 0 |
| Quality of Construction | Q1 | Q1 | | Q2 | 170,000 | Q1 | |
| Actual Age | 0 | 9 | 0 | 64 | 255,000 | 63 | 345,000 |
| Condition | C1 | C2 | 207,500 | C2 | 170,000 | C2 | 230,000 |
| Above Grade Room Count (Total / Bdrms. / Baths) | 10 / 4 / 5.0 | 10 / 5 / 4.2 | 0 0 | 8 / 4 / 3.2 | 0 10,000 | 12 / 5 / 6.1 | 0 -15,000 |
| Gross Living Area 190 | 4,507 sq. ft. | 4,482 sq. ft. | 0 | 3,776 sq. ft. | 138,900 | 5,650 sq. ft. | -217,200 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA C/Air | FWA C/Air | | FWA C/Air | | FWA C/Air | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 2ga2dw | 2ga3gd3dw | -15,000 | 3ga3dw | -5,000 | 4ga4dw | -10,000 |
| Porch/Patio/Deck | Patio,Porch | Cvrd Patio | 0 | Patio | 0 | Cvrd Patio | 0 |
| Fireplace | 3 F/P | 3 F/P | | 2 F/P | 0 | 4 F/P | 0 |
| Fence | Fence | Fence | | Fence | | Fence,Pool | -20,000 |
| | | ADU | -130,000 | | | | |
| Net Adjustment (Total) | | [X] + [ ] - | $ 43,500 | [X] + [ ] - | $ 738,900 | [X] + [ ] - | $ 302,300 |
| Adjusted Sale Price of Comparables | | Net Adj. 2.1% Gross Adj. 17.9% | $ 2,118,500 | Net Adj. 43.5% Gross Adj. 44.1% | $ 2,438,900 | Net Adj. 13.1% Gross Adj. 36.9% | $ 2,602,300 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data source(s) Metrolist,Realist

My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data source(s) Metrolist,Realist

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Metrolist,Realist | Metrolist,Realist | Metrolist,Realist | Metrolist,Realist |
| Effective Date of Data Source(s) | 11/16/2017 | 11/16/2017 | 11/16/2017 | 11/16/2017 |

Analysis of prior sale or transfer history of the subject property and comparable sales Subject has no other known transfers in past 36 mos. Comp 1-6 have no other known transfers in past 12 mos.

Summary of Sales Comparison Approach. The comparables herein were derived from the same search parameter as defined in the 1004mc and neighborhood section. These are the most relevant comparable sales and listings within the defined neighborhood area, and are deemed the best value indicators in the market area and of the subject property regarding age, condition, amenities, features, characteristics, location, etc. All adjustments were derived from a combination of match pair and regression analysis, as well as historical market analysis and commentaries from local real estate professionals. Quality rating for comp 2 is inferior due to the home being a traditional type build and design. Although custom the subjct is superior in design, technology and in workmanship. Quality rating fro comp 7 is inferior due to home being antiquated in design and technology. Workmanship appears to feature similar upper end custom workmanship, with exposed wood design.

Indicated Value by Sales Comparison Approach $ 2,395,000

RECONCILIATION

Indicated Value by: Sales Comparison Approach $ 2,395,000 Cost Approach (if developed) $ 2,395,900 Income Approach (if developed) $

See Attached Addendum

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 2,395,000 as of 11/16/2017 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005 UAD Version 9/2011 Produced using ACI software, 800.234.8727 www.aciweb.com Page 2 of 6 Fannie Mae Form 1004 March 2005 1004_05UAD 12182015

The William Fall Group

ADDITIONAL COMMENTS

Intended User: The intended user of this report is the lender/client. APPRAISER HAVE NOT PERFORMED ANY PRIOR SERVICES REGARDING THE SUBJECT PROPERTY, AS AN APPRAISER, OR IN ANY OTHER CAPACITY, WITHIN THE 3 YEAR PERIOD IMMEDIATELY PRECEDING ACCEPTANCE OF THIS APPRAISAL ASSIGNMENT.

SCOPE OF WORK:
UPON ACCEPTANCE OF THE ASSIGNMENT, THE APPRAISER PERFORMED THE FOLLOWING TASK TO COMPLETE THIS ASSIGNMENT:
1. AREA/NEIGHBORHOOD RESEARCH OF THE SUBJECT'S AREA THROUGH ONLINE INFORMATION
2. ONLINE INVESTIGATION OF THE SUBJECT'S LISTING, AS WELL AS ONLINE PUBLIC INFORMATION THROUGH COUNTY RECORDS WEBSITE, AS WELL AS OTHER WEBSITES WITH SIMILAR INFORMATION.
3. ONLINE INVESTIGATION OF RECENT MARKET ACTIVITY OF THE AREA, AS WELL AS 15 MONTH SALES HISTORY OF THE SUBJECT'S LOCALE, UP TO 1 MILE RADIUS.
4. PERFORMED 12 MONTHS MARKET ANALYSIS OF THE AREA, AS WELL AS ALL POSSIBLE LISTINGS AND COMPARABLES WITHIN THE SUBJECT'S LOCALE AND SURROUNDING AREAS OF INFLUENCE.
5. ON-SITE PHYSICAL INSPECTION OF THE SUBJECT. INCLUDING VISUAL INSPECTION OF ALL COMPONENT OF THE SUBJCT, ATTIC AND SUBFLOOR VISUAL INSPECTION THROUGH HEAD AND SHOULDERS INSPECTION, HEAD AND SHOULDERS ROOF INSPECTION. LIGHT FUNCTIONAL INSPECTION OF APPLIANCES, HVAC ELECTRICTY, WATER PRESSURE AND WATER HEAT.
6. DRIVE BY INSPECTION OF COMPARABLES AND LISTINGS WITHYIN THE SUBJECT'S AREA
7. PHYSICAL INVESTIGATION OF THE NEIGHBORHOOD AREA.
8. INTERVIEW OF LOCAL REAL ESTATE PROFESSIONALS AND COLLEAGUES, PEERS.
9. COMMUNICATION OF ALL MATERIAL FACTS AND FIGURES THROUGH REPORT
10. DELIVERY OF APPRAISAL REPORT THROUGH EMAIL MEDIA.

The Intended User of this appraisal report is the Lender/Client. The Intended use is to evaluate the property that is the subject of this appraisal for a mortgage finance transction. subject to the stated Scope of Work, purpose of the apprasial, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

No employee, director, officer or agent of the lender, or any other third party acting as a joint venture partner, independent contractor, appraisal management company, or partner on behalf of the lender has influenced or attempted to influence the development, reporting, result or review of this assignment through coercion, extortion, collusion, compensation, instruction, inducement, intimidation, bribery or in any other manner. I have not been contacted by anyone other than the intended user (lender/client as identified on the first page of the report), borrower, or designated contact to make an appointment to enter the property. I agree to immediately report any unauthorized contacts either personally by phone or electronically to client.

The appraiser certifies and agrees that this appraisal was prepared in accordance with the requirements of Title XI of the Financial institutions, Reform, Recovery, and Enforcement Act (FIRREA) of 1989, as amended (12 U.S.C. 331 et seq.), and any applicable implementing regulations in effect at the time the appraiser signs the appraisal certification.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) Site value calculated utilizing land abstraction method which is a generally accepted practice for areas of which vacant site sales of similar utility are rare within a reasonable time period for assessment. Site value ratio is typical of the subject's market area. Not for insurance use.

| | |
|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE = $ 965,000 |
| Source of cost data Marshall & Swift, Local Builders, NADA | Dwelling 4,507 Sq. Ft. @ $ 300.00 = $ 1,352,100 |
| Quality rating from cost service Good Effective date of cost data 09/2017 | Sq. Ft. @ $ = $ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | |
| GLA cost to build were derived from various methods, including Marshall & | Garage/Carport 576 Sq. Ft. @ $ 50.00 = $ 28,800 |
| Swift cost guide, NADA, as well as local experties of local buiilders. | Total Estimate of Cost-New = $ 1,380,900 |
| Depreciation was taken from the age-life method. Subject's effective age is | Less 50 Physical \| Functional \| External |
| reflective of the economic life based on current utility, condition, remodelling | Depreciation $0 = $( 0) |
| and upgrades, as well as other factors that may be described elsewhere in this | Depreciated Cost of Improvements = $ 1,380,900 |
| report. | "As-is" Value of Site Improvements = $ 50,000 |
| Estimated Remaining Economic Life (HUD and VA only) 50 Years | INDICATED VALUE BY COST APPROACH = $ 2,395,900 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ X Gross Rent Multiplier = $ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM) Income approach was not comleted due to the lack of pertinent information to complete this approach

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal name of project

Total number of phases Total number of units Total number of units sold

Total number of units rented Total number of units for sale Data source(s)

Was the project created by the conversion of an existing building(s) into a PUD? ☐ Yes ☐ No If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No Data source(s)

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

HMR170914009
File No. Huntington_2620

# Uniform Residential Appraisal Report

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature [signature]
Name FELICISIMO QUIPOT
Company Name A-TEAM APPRAISAL GROUP
Company Address 8914 Willowspring Ct
Elk Grove, CA 95758
Telephone Number 714-330-6514
Email Address JONQUIPOT@YAHOO.COM
Date of Signature and Report 11/21/2017
Effective Date of Appraisal 11/16/2017
State Certification # AR038328
or State License # ____
or Other (describe) ____ State # ____
State CA
Expiration Date of Certification or License 09/15/2019

ADDRESS OF PROPERTY APPRAISED
2620 Huntington Rd
Sacramento, CA 95864

APPRAISED VALUE OF SUBJECT PROPERTY $ 2,395,000

LENDER/CLIENT
Name ACT Appraisals, Inc
Company Name Athas Capital Group
Company Address 27001 Agoura Road
Calabasas Hills, CA 91301
Email Address ____

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature ____
Name ____
Company Name ____
Company Address ____
Telephone Number ____
Email Address ____
Date of Signature ____
State Certification # ____
or State License # ____
State ____
Expiration Date of Certification or License ____

SUBJECT PROPERTY
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
Date of Inspection ____
☐ Did inspect interior and exterior of subject property
Date of Inspection ____

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
Date of Inspection ____

Freddie Mac Form 70 March 2005 UAD Version 9/2011 Produced using ACI software, 800.234.8727 www.aciweb.com
Page 6 of 6
Fannie Mae Form 1004 March 2005
1004_05UAD 12182015

The William Fall Group

HMR170914009

# Uniform Residential Appraisal Report

File No. Huntington_2620

SALES COMPARISON APPROACH

| FEATURE | SUBJECT | | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|---|
| Address | 2620 Huntington Rd Sacramento, CA 95864 | | 2690 Huntington Road Sacramento, CA 95864 | | 424 Crocker Road Sacramento, CA 95864 | | 2795 Sierra Boulevard Sacramento, CA 95864 | |
| Proximity to Subject | | | 0.15 miles SE | | 0.28 miles SE | | 0.50 miles NE | |
| Sale Price | $ | | | $ 2,775,000 | | $ 2,200,000 | | $ 2,175,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | | $ 440.55 sq. ft. | | $ 367.65 sq. ft. | | $ 478.97 sq. ft. | |
| Data Source(s) | | | Metro#16075423;DOM 58 | | Metro#15060275;DOM 73 | | Metro#15037833;DOM 56 | |
| Verification Source(s) | | | Doc# 20170310-685;LP$2950000 | | Doc# ;LP$2500000 | | Doc# ;LP$2195000 | |
| VALUE ADJUSTMENTS | DESCRIPTION | | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | | ArmLth | 0 | ArmLth | 0 | ArmLth | 0 |
| Concessions | | | Conv;0 | 0 | Cash;8100 | -8,100 | Conv;0 | 0 |
| Date of Sale/Time | | | s03/17;c01/17 | 0 | s12/15;c11/15 | 0 | s10/15;c10/15 | 0 |
| Location | N;Res; | | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 24300 sf | | 40001 sf | -31,400 | 23087 sf | 2,400 | 20547 sf | 7,500 |
| View | N;Res; | | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT1;Mediterranean | | DT1;Ranch | 0 | DT2;Tudor | 0 | DT1;Cottage | 0 |
| Quality of Construction | Q1 | | Q1 | | Q1 | | Q1 | |
| Actual Age | 0 | | 10 | 0 | 88 | 440,000 | 2 | 0 |
| Condition | C1 | | C2 | 277,500 | C2 | 220,000 | C2 | 217,500 |
| Above Grade Room Count (Total / Bdrms. / Baths) | 10 / 4 / 5.0 | | 13 / 4 / 3.2 | 10,000 | 11 / 6 / 4.3 | 5,000 | 9 / 5 / 3.1 | 15,000 |
| Gross Living Area 190 | 4,507 sq. ft. | | 6,299 sq. ft. | -340,500 | 5,984 sq. ft. | -280,600 | 4,541 sq. ft. | 0 |
| Basement & Finished Rooms Below Grade | 0sf | | 0sf | | 0sf | | 0sf | |
| Functional Utility | Average | | Average | | Average | | Average | |
| Heating/Cooling | FWA C/Air | | FWA C/Air | | FWA C/Air | | FWA C/Air | |
| Energy Efficient Items | None | | None | | None | | None | |
| Garage/Carport | 2ga2dw | | 5ga5dw | -15,000 | 2ga2dw | | 3ga3dw | -5,000 |
| Porch/Patio/Deck | Patio,Porch | | Patio,Porch | | Patio,Porch | | Cvrd Patio | 0 |
| Fireplace | 3 F/P | | 5 F/P | 0 | 4 F/P | 0 | 2 F/P | 0 |
| Fence | Fence | | Fence,Pool | -20,000 | Fence,Pool | -20,000 | Fence,Pool | -20,000 |
| | | | | | | | | |
| Net Adjustment (Total) | | | [ ] + [X] - | $ 119,400 | [X] + [ ] - | $ 358,700 | [X] + [ ] - | $ 215,000 |
| Adjusted Sale Price of Comparables | | | Net Adj. -4.3% Gross Adj. 25.0% | $ 2,655,600 | Net Adj. 16.3% Gross Adj. 44.4% | $ 2,558,700 | Net Adj. 9.9% Gross Adj. 12.2% | $ 2,390,000 |

| ITEM | SUBJECT | COMPARABLE SALE NO. 4 | COMPARABLE SALE NO. 5 | COMPARABLE SALE NO. 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Metrolist,Realist | Metrolist,Realist | Metrolist,Realist | Metrolist,Realist |
| Effective Date of Data Source(s) | 11/16/2017 | 11/16/2017 | 11/16/2017 | 11/16/2017 |

Summary of Sales Comparison Approach Adjustments:

Listing: -4% (sp%lp 96%)
Time: None
Site: $2/sf, 500 sf threshold
Age: 5% per decade past predominant age indicated
Quality: +/-10% per level variance
Condition: +/-10% per level variance
Bedroom: None
Bathroom: $10000 full, $5000 half
GLA:$190/SF, 100 sf threshold
Garage: $5000 per car space
ADU: $190/SF
Pool: $20000

Comop 5 and 6 are dated comps that are appropriate comps due to their location within the subjct's immediate neighborhood area of Sierra Oaks. Comp 6 is appropriate due to its relative age to the subject (as comparison).

HMR170914009

# Uniform Residential Appraisal Report

File No. Huntington_2620

| FEATURE | SUBJECT | COMPARABLE SALE NO. 7 | | COMPARABLE SALE NO. 8 | | COMPARABLE SALE NO. 9 | |
|---|---|---|---|---|---|---|---|
| Address | 2620 Huntington Rd Sacramento, CA 95864 | 559 Kevington Court Sacramento, CA 95864 | | 440 Bret Harte Road Sacramento, CA 95864 | | 3410 Adams Road Sacramento, CA 95864 | |
| Proximity to Subject | | 1.39 miles NE | | 0.18 miles NE | | 1.03 miles NE | |
| Sale Price | $ | | $ 1,349,000 | | $ 2,895,000 | | $ 2,500,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 277.06 sq. ft. | | $ 393.24 sq. ft. | | $ 480.77 sq. ft. | |
| Data Source(s) | | Metro#17065547;DOM 41 | | Metro#17049830;DOM 110 | | Metro#16076686;DOM 340 | |
| Verification Source(s) | | NDCData.com;LP$1488000 | | NDCData.com;LP$2995000 | | NDCData.com;LP$2785000 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | Listing ;0 | 0 0 | Listing ;0 | 0 0 | Listing ;0 | 0 0 |
| Date of Sale/Time | | Active | -53,960 | Active | -115,800 | Active | -100,000 |
| Location | N;Res; | A;BsyRd; | 269,800 | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 24300 sf | 28750 sf | -8,900 | 27007 sf | -5,400 | 36068 sf | -23,500 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT1;Mediterranean | DT2;Tudor | 0 | DT2;Spanish | 0 | DT1;Contemporary | 0 |
| Quality of Construction | Q1 | Q2 | 134,900 | Q1 | | Q1 | |
| Actual Age | 0 | 49 | 134,900 | 6 | 0 | 0 | |
| Condition | C1 | C3 | 269,800 | C2 | 289,500 | C1 | |
| Above Grade Room Count (Total / Bdrms. / Baths) | 10 / 4 / 5.0 | 11 / 6 / 4.1 | 0 5,000 | 12 / 5 / 6.2 | 0 -20,000 | 10 / 5 / 5.1 | 0 -5,000 |
| Gross Living Area 190 | 4,507 sq. ft. | 4,869 sq. ft. | -68,800 | 7,362 sq. ft. | -542,500 | 5,200 sq. ft. | -131,700 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA C/Air | FWA C/Air | | FWA C/Air | | FWA C/Air | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 2ga2dw | 4cp4dw | -10,000 | 3ga3dw | -5,000 | 6ga6dw | -20,000 |
| Porch/Patio/Deck | Patio,Porch | Uncr Patio | 0 | Cvrd Patio | 0 | Patio,Porch | 0 |
| Fireplace | 3 F/P | 3 F/P | | 3 F/P | | 3 F/P | |
| Fence | Fence | fENCE | | Fence,Pool | -20,000 | Fence | |
| | | | | | | | |
| Net Adjustment (Total) | | [X] + [ ] - | $ 672,740 | [ ] + [X] - | $ 419,200 | [ ] + [X] - | $ 280,200 |
| Adjusted Sale Price of Comparables | | Net Adj. 49.9% Gross Adj. 70.9% | $ 2,021,740 | Net Adj. -14.5% Gross Adj. 34.5% | $ 2,475,800 | Net Adj. -11.2% Gross Adj. 11.2% | $ 2,219,800 |

| ITEM | SUBJECT | COMPARABLE SALE NO. 7 | COMPARABLE SALE NO. 8 | COMPARABLE SALE NO. 9 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Metrolist,Realist | Metrolist,Realist | Metrolist,Realist | Metrolist,Realist |
| Effective Date of Data Source(s) | 11/16/2017 | 11/16/2017 | 11/16/2017 | 11/16/2017 |

SALES COMPARISON APPROACH

Summary of Sales Comparison Approach

## Condition Ratings and Definitions

C1 The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.*

**Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and the recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

C2 The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

**Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

C3 The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

**Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

C4 The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

**Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

C5 The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

**Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

C6 The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

**Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

## Quality Ratings and Definitions

Q1 Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2 Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residences constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high-quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Q3 Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4 Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Q5 Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6 Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure.

## Definitions of Not Updated, Updated, and Remodeled

### Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.
Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical /functional deterioration.

### Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.
An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

### Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/ or expansion.
A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of square footage). This would include a complete gutting and rebuild.

## Explanation of Bathroom Count

The number of full and half baths is reported by separating the two values by a period. The full bath is represented to the left of the period. The half bath count is represented to the right of the period. Three-quarter baths are to be counted as a full bath in all cases. Quarter baths (baths that feature only toilet) are not to be included in the bathroom count.

HMR170914009

# Uniform Appraisal Dataset Definitions

File No. Huntington_2620

## Abbreviations Used in Data Standardization Text

| Abbrev. | Full Name | Appropriate Fields | Abbrev. | Full Name | Appropriate Fields |
|---|---|---|---|---|---|
| ac | Acres | Area, Site | in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| AdjPrk | Adjacent to Park | Location | Lndfl | Landfill | Location |
| AdjPwr | Adjacent to Power Lines | Location | LtdSght | Limited Sight | View |
| A | Adverse | Location & View | Listing | Listing | Sale or Financing Concessions |
| ArmLth | Arms Length Sale | Sale or Financing Concessions | MR | Mid-Rise Structure | Design(Style) |
| AT | Attached Structure | Design(Style) | Mtn | Mountain View | View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade | N | Neutral | Location & View |
| br | Bedroom | Basement & Finished Rooms Below Grade | NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| B | Beneficial | Location & View | op | Open | Garage/Carport |
| BsyRd | Busy Road | Location | o | Other | Basement & Finished Rooms Below Grade |
| cp | Carport | Garage/Carport | O | Other | Design(Style) |
| Cash | Cash | Sale or Financing Concessions | Prk | Park View | View |
| CtySky | City View Skyline View | View | Pstrl | Pastoral View | View |
| CtyStr | City Street View | View | PwrLn | Power Lines | View |
| Comm | Commercial Influence | Location | PubTrn | Public Transportation | Location |
| c | Contracted Date | Date of Sale/Time | rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Conv | Conventional | Sale or Financing Concessions | Relo | Relocation Sale | Sale or Financing Concessions |
| cv | Covered | Garage/Carport | REO | REO Sale | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions | Res | Residential | Location & View |
| DOM | Days On Market | Data Sources | RT | Row or Townhouse | Design(Style) |
| DT | Detached Structure | Design(Style) | RH | Rural Housing - USDA | Sale or Financing Concessions |
| dw | Driveway | Garage/Carport | SD | Semi-detached Structure | Design(Style) |
| Estate | Estate Sale | Sale or Financing Concessions | s | Settlement Date | Date of Sale/Time |
| e | Expiration Date | Date of Sale/Time | Short | Short Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions | sf | Square Feet | Area, Site, Basement |
| g | Garage | Garage/Carport | sqm | Square Meters | Area, Site, Basement |
| ga | Garage - Attached | Garage/Carport | Unk | Unknown | Date of Sale/Time |
| gbi | Garage - Built-in | Garage/Carport | VA | Veterans Administration | Sale or Financing Concessions |
| gd | Garage - Detached | Garage/Carport | wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| GR | Garden Structure | Design(Style) | wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| GlfCse | Golf Course | Location | WtrFr | Water Frontage | Location |
| Glfvw | Golf Course View | View | Wtr | Water View | View |
| HR | High Rise Structure | Design(Style) | w | Withdrawn Date | Date of Sale/Time |
| Ind | Industrial | Location & View | Woods | Woods View | View |

## Other Appraiser-Defined Abbreviations

| Abbrev. | Full Name | Appropriate Fields | Abbrev. | Full Name | Appropriate Fields |
|---|---|---|---|---|---|

ADDENDUM

| Borrower: Dorel Mitrut | | File No.: Huntington 2620 |
|---|---|---|
| Property Address: 2620 Huntington Rd | | Case No.: HMR170914009 |
| City: Sacramento | State: CA | Zip: 95864 |
| Lender: Athas Capital Group | | |

**Twelve Month Listing History of Subject Property**
Continued from Twelve Month Listing History of Subject Property: #17003317 as provided by Metrolist, days on market is 101. Subject has 2 known listings in past 12 mos.

**Neighborhood Market Conditions**
Effective Date: Thursday, November 16, 2017: Inventory is derived from 2 mile radius, utilizing sfr homes from 3500 + sf, custom homes. Although 1004mc shows a decline in market, the market area does not show any market depreciation and is in stable market condition based on zip code analysis. Zip code analysis also shows a slight 5% market increase over-all. 90-180 day marketing and exposure period. 96% sp%lp. Short supply and demand. The data used in the grid above does not indicate there were any REO/Short sales or other distressed properties associated with the reported transactions. However, this is not a mandatory reporting field for agents and there may be some distressed sales that were not reported. It is beyond the scope of this assignment to confirm each sale used in the Market Conditions Report.

**Highest and Best Use**
Highest and Best Use was determined as improved based on its current use being legally permissible, physically possible, financially feasible and most profitable.

**Final Reconciliation**
SALES COMP APPROACH ARE INDICATIVE OF CURRENT DEMAND FOR SIMILAR PROPERTIES IN THE CURRENT MARKET. THIS APPROACH WAS WEIGHED THE MOST. COST APPROACH SHOOW THE CURRENT COST TO REBUILD SIMILAR PROPERTIES WITHIN THE AREA UTILIZING GENERALLY ACCEPTABLE PRACTICES. INCOME APPROACH WAS NOT COMPLETED DUE TO LACK OF INFORMATION TO COMPLETE THIS APPROACH. All comparables were utilized in the reconciliation of value. Each comparable was weighed according to its perceived contribution to value. Each comp was weighed accordingly:

C1: 32%
C2: 7%
C3: 11%
C4: 19%
C5; 8%
C6: 23%

Comp 3 is weighed most due to lowest ent and gross average adjustmetns.

The RV is higher than the predominant price indicated. The subject is not an over-improvement. There were no noted adverse or negative market condition during the market analysis.

The unadjusted price range is larger than 25%. However, this is typical of areas such as these where homes are custom upper end homes, with high variances in design, features and amenities. These comps are deemed the best marekt representation of the subject although the variance is on the high end

The adjusted price range is @ 25.3% This would be considered nominal and thus acceptable.

**Extra Comments**
The assignment requires geographic competency as part of the scope of work. I have spent sufficient time in the subject's market and understand the nuances of the local market and the supply and demand factors relating to the specific property type and location involved. Such understanding will not be imparted solely from a consideration of specific data such as demographics, costs, sales, and rentals. The necessary understanding of local market conditions provides the bridge between a sale and a comparable sale or a rental and a comparable rental. . Specific data sources available to the appraiser include the Metrolist and public records from Sacramento County and surrounding counties. The appraiser has worked in the subject market for over five years, This appraiser is considered geographically competent to complete this assignment.

**The following exceptions are probable variances in MLS and PUBLIC RECORDS:**

Exceptions for the subject property, MLS# 17030225, 2620 Huntington Rd , Sacramento

Could not verify the MLS's garage data of 2 with public records, since no garage data was found from public records for this property.

The user of this program selected to ignore exporting any public records sale history.

---

Exceptions for comparable #1, MLS# 17013222, 3100 Adams Rd , Sacramento

The bathrooms from the MLS and public records do not match.
The MLS lists the number of bathrooms as: 4.2
Public records lists the number of bathrooms as: 5
DataMaster used the MLS's bathroom data.

The gross living areas from the MLS and public records differ by more than 5%.
The MLS lists the gross living area as: 5191 sq. ft.
Public records lists the gross living area as: 4482 sq. ft.

Could not verify the MLS's garage data of 5 with public records, since no garage data was found from public records for this property.

The following public record deeds were ignored because they do not appear to be useful:
Doc # 740806-116 Grant Deed 08/06/1974 (Buyer and Seller are the same)

The user of this program selected to ignore exporting any public records sale history.

---

ADDENDUM

| Borrower: Dorel Mitrut | | File No.: Huntington 2620 |
| --- | --- | --- |
| Property Address: 2620 Huntington Rd | | Case No.: HMR170914009 |
| City: Sacramento | State: CA | Zip: 95864 |
| Lender: Athas Capital Group | | |

Exceptions for comparable #2, MLS# 17019409, 441 Crocker Rd , Sacramento

The bathrooms from the MLS and public records do not match.
The MLS lists the number of bathrooms as: 3.2
Public records lists the number of bathrooms as: 4
DataMaster used the MLS's bathroom data.

Could not verify the MLS's garage data of 3 with public records, since no garage data was found from public records for this property.

The user of this program selected to ignore exporting any public records sale history.

---

Exceptions for comparable #3, MLS# 17017871, 500 Crocker Rd , Sacramento

The bedrooms from the MLS and public records do not match.
The MLS lists the number of bedrooms as: 5
Public records lists the number of bedrooms as: 4
DataMaster used the MLS's bedroom data.

The bathrooms from the MLS and public records do not match.
The MLS lists the number of bathrooms as: 6.1
Public records lists the number of bathrooms as: 2
DataMaster used the MLS's bathroom data.

The gross living areas from the MLS and public records differ by more than 5%.
The MLS lists the gross living area as: 5650 sq. ft.
Public records lists the gross living area as: 1855 sq. ft.

Could not verify the MLS's garage data of 4 with public records, since no garage data was found from public records for this property.

The user of this program selected to ignore exporting any public records sale history.

---

Exceptions for comparable #4, MLS# 16075423, 2690 Huntington Rd , Sacramento

The bathrooms from the MLS and public records do not match.
The MLS lists the number of bathrooms as: 3.2
Public records lists the number of bathrooms as: 4
DataMaster used the MLS's bathroom data.

Could not verify the MLS's garage data of 5 with public records, since no garage data was found from public records for this property.

The user of this program selected to ignore exporting any public records sale history.

---

Exceptions for comparable #5, MLS# 15060275, 424 Crocker Rd , Sacramento

The bedrooms from the MLS and public records do not match.
The MLS lists the number of bedrooms as: 6
Public records lists the number of bedrooms as: 5
DataMaster used the MLS's bedroom data.

The bathrooms from the MLS and public records do not match.
The MLS lists the number of bathrooms as: 4.3
Public records lists the number of bathrooms as: 4
DataMaster used the MLS's bathroom data.

The gross living areas from the MLS and public records differ by more than 5%.
The MLS lists the gross living area as: 5984 sq. ft.
Public records lists the gross living area as: 4422 sq. ft.

Could not verify the MLS's garage data of 2 with public records, since no garage data was found from public records for this property.

The following public record deeds were ignored because they do not appear to be useful:
Doc # 751024-374 Grant Deed 10/24/1975 (Buyer and Seller are the same)

The user of this program selected to ignore exporting any public records sale history.

---

Exceptions for comparable #6, MLS# 15037833, 2795 Sierra Blvd , Sacramento

ADDENDUM

| Borrower: Dorel Mitrut | | File No.: Huntington 2620 |
|---|---|---|
| Property Address: 2620 Huntington Rd | | Case No.: HMR170914009 |
| City: Sacramento | State: CA | Zip: 95864 |
| Lender: Athas Capital Group | | |

The bathrooms from the MLS and public records do not match.
The MLS lists the number of bathrooms as: 3.1
Public records lists the number of bathrooms as: 4
DataMaster used the MLS's bathroom data.

Could not verify the MLS's garage data of 3 with public records, since no garage data was found from public records for this property.

Public records indicates this property sold on 08/14/2017 (Doc # 1708140729), which is
after the MLS sold date of 10/15/2015

The user of this program selected to ignore exporting any public records sale history.

---

Exceptions for comparable #7, MLS# 17065547, 559 Kevington Ct , Sacramento

The bedrooms from the MLS and public records do not match.
The MLS lists the number of bedrooms as: 6
Public records lists the number of bedrooms as: 4
DataMaster used the MLS's bedroom data.

The bathrooms from the MLS and public records do not match.
The MLS lists the number of bathrooms as: 4.1
Public records lists the number of bathrooms as: 4
DataMaster used the MLS's bathroom data.

Could not verify the MLS's garage data of 0 with public records, since no garage data was found from public records for this property.

The following public record deeds were ignored because they do not appear to be useful:
Doc # 790313-606 Quit Claim Deed 03/13/1979 (Buyer and Seller are the same)

The user of this program selected to ignore exporting any public records sale history.

---

Exceptions for comparable #8, MLS# 17049830, 440 Bret Harte Rd , Sacramento

The bathrooms from the MLS and public records do not match.
The MLS lists the number of bathrooms as: 6.2
Public records lists the number of bathrooms as: 6
DataMaster used the MLS's bathroom data.

Could not verify the MLS's garage data of 3 with public records, since no garage data was found from public records for this property.

The following public record deeds were ignored because they do not appear to be useful:
Doc # 90822-9961 Affidavit 08/22/2009 (Buyer and Seller are the same)

The user of this program selected to ignore exporting any public records sale history.

---

Exceptions for comparable #9, MLS# 16076686, 3410 Adams Rd , Sacramento

The bathrooms from the MLS and public records do not match.
The MLS lists the number of bathrooms as: 5.1
Public records lists the number of bathrooms as: 6
DataMaster used the MLS's bathroom data.

Could not verify the MLS's garage data of 6 with public records, since no garage data was found from public records for this property.

The following public record deeds were ignored because they do not appear to be useful:
Doc # 881004-1424 Deed (Reg) 10/04/1988 (Buyer and Seller are the same)

The user of this program selected to ignore exporting any public records sale history.

HMR170914009

# Market Conditions Addendum to the Appraisal Report

File No. Huntington_2620

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

Property Address 2620 Huntington Rd | City Sacramento | State CA | Zip Code 95864

Borrower Dorel Mitrut

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

## MARKET RESEARCH & ANALYSIS

| Inventory Analysis | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 7 | 7 | 4 | [X] Increasing | [ ] Stable | [ ] Declining |
| Absorption Rate (Total Sales/Months) | 1.17 | 2.33 | 1.33 | [X] Increasing | [ ] Stable | [ ] Declining |
| Total # of Comparable Active Listings | 7 | 5 | 5 | [ ] Declining | [ ] Stable | [X] Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 6.00 | 2.14 | 3.75 | [ ] Declining | [ ] Stable | [X] Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
| Median Comparable Sale Price | $1,450,000 | $1,407,089 | $1,217,500 | [ ] Increasing | [X] Stable | [ ] Declining |
| Median Comparable Sales Days on Market | 58 | 44 | 117 | [ ] Declining | [ ] Stable | [X] Increasing |
| Median Comparable List Price | $1,625,000 | $2,195,000 | $1,349,000 | [ ] Increasing | [X] Stable | [ ] Declining |
| Median Comparable Listings Days on Market | 133 | 133 | 56 | [X] Declining | [ ] Stable | [ ] Increasing |
| Median Sale Price as % of List Price | 98.31% | 92.59% | 95.79% | [ ] Increasing | [ ] Stable | [X] Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | [ ] Yes | [X] No | | [ ] Declining | [X] Stable | [ ] Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).
The Sacramento MLS indicates there were 18 closed sales during the past 12 months and 6 of those sales contained seller concessions which is 33% of the total transactions in this market area. Prior Months 7-12: 7 Sales; 2 with concessions; 29% of sales for this period. 4-6: 7 Sales; 1 with concessions; 14% of sales for this period. 0-3: 4 Sales; 3 with concessions; 75% of sales for this period. The concessions ranged between and . The median concession amount is $1,750.

Are foreclosure sales (REO sales) a factor in the market? [ ] Yes [X] No If yes, explain (including the trends in listings and sales of foreclosed properties).
The data used in the grid above does not indicate there were any REO/Short sales or other distressed properties associated with the reported transactions. However, this is not a mandatory reporting field for agents and there may be some distressed sales that were not reported. It is beyond the scope of this assignment to confirm each sale used in the Market Conditions Report.

Cite data sources for above information. The Sacramento MLS was the data source used to complete the Market Conditions Addendum.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
Effective Date: Thursday, November 16, 2017: Inventory is derived from 2 mile radius, utilizing sfr homes from 3500 + sf, custom homes. Although 1004mc shows a decline in market, the market area does not show any market depreciation and is in stable market condition based on zip code analysis. Zip code analysis also shows a slight 5% market increase over-all. 90-180 day marketing and exposure period. 96% sp%lp. Short supply and demand.

## CONDO / CO-OP PROJECTS

If the subject is a unit in a condominium or cooperative project , complete the following: Project Name:

| Subject Project Data | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | [ ] Increasing | [ ] Stable | [ ] Declining |
| Absorption Rate (Total Sales/Months) | | | | [ ] Increasing | [ ] Stable | [ ] Declining |
| Total # of Active Comparable Listings | | | | [ ] Declining | [ ] Stable | [ ] Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | | | | [ ] Declining | [ ] Stable | [ ] Increasing |

Are foreclosure sales (REO sales) a factor in the project? [ ] Yes [ ] No If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

## APPRAISER

**APPRAISER**

Signature [signature]
Name Felicisimo Quipot
Company Name A-Team Appraisal Group
Company Address 8914 Willowspring Ct
Elk Grove, CA 95758
State License/Certification # AR038328 State CA
Email Address jonquipot@yahoo.com

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature
Name
Company Name
Company Address
State License/Certification # State
Email Address

| Borrower: Dorel Mitrut | | | File No.: Huntington_2620 |
|---|---|---|---|
| Address: 2620 Huntington Rd | | | Case No.: HMR170914009 |
| City: Sacramento | St: CA | Zip: 95864 | Lender: Athas Capital Group |









SUBJECT PROPERTY PHOTO ADDENDUM

| Borrower: Dorel Mitrut | | | File No.: Huntington_2620 |
|---|---|---|---|
| Address: 2620 Huntington Rd | | | Case No.: HMR170914009 |
| City: Sacramento | St: CA | Zip: 95864 | Lender: Athas Capital Group |

FRONT VIEW OF
SUBJECT PROPERTY

Date: November 16, 2017
Appraised Value: $ 2,395,000

REAR VIEW OF
SUBJECT PROPERTY

STREET SCENE

| Borrower: Dorel Mitrut | | | File No.: Huntington_2620 |
|---|---|---|---|
| Address: 2620 Huntington Rd | | | Case No.: HMR170914009 |
| City: Sacramento | St: CA | Zip: 95864 | Lender: Athas Capital Group |

FRONT

REAR

STREET

FRONT FOUNTAIN

PORTICO PATIO

FRONT PORCH

PATIO SLAB AND PORTICO

SPORT COURT

PORTICO PATIO

SIDE

LIVING ROOM

LIVING ROOM

LIVING ROOM

KITCHEN

KITCHEN

| Borrower: Dorel Mitrut | | | File No.: Huntington_2620 |
|---|---|---|---|
| Address: 2620 Huntington Rd | | | Case No.: HMR170914009 |
| City: Sacramento | St: CA | Zip: 95864 | Lender: Athas Capital Group |

OVEN STOVE/MW

STOVETOP

REFRIGERATOR

LAUNDRY

DINING/OFFICE

BATHROOM

FOYER

BAR

BEDROOM

BEDROOM

BEDROOM

MASTER BEDROOM

MASTER BEDROOM

MASTER BATHROOM

BATHROOM

| Borrower: Dorel Mitrut | | | File No.: Huntington_2620 |
|---|---|---|---|
| Address: 2620 Huntington Rd | | | Case No.: HMR170914009 |
| City: Sacramento | St: CA | Zip: 95864 | Lender: Athas Capital Group |

BATHROOM

BATHROOM

COMPARABLE PROPERTY PHOTO ADDENDUM

| Borrower: Dorel Mitrut | | | File No.: Huntington_2620 |
|---|---|---|---|
| Address: 2620 Huntington Rd | | | Case No.: HMR170914009 |
| City: Sacramento | St: CA | Zip: 95864 | Lender: Athas Capital Group |

COMPARABLE SALE #1

3100 Adams Rd
Sacramento, CA 95864
Sale Date: s11/17;c10/17
Sale Price: $ 2,075,000

COMPARABLE SALE #2

441 Crocker Rd
Sacramento, CA 95864
Sale Date: s08/17;c08/17
Sale Price: $ 1,700,000

COMPARABLE SALE #3

500 Crocker Rd
Sacramento, CA 95864
Sale Date: s05/17;c04/17
Sale Price: $ 2,300,000

COMPARABLE PROPERTY PHOTO ADDENDUM

| Borrower: Dorel Mitrut | | | File No.: Huntington_2620 |
|---|---|---|---|
| Address: 2620 Huntington Rd | | | Case No.: HMR170914009 |
| City: Sacramento | St: CA | Zip: 95864 | Lender: Athas Capital Group |

COMPARABLE SALE #4

2690 Huntington Rd
Sacramento, CA 95864
Sale Date: s03/17;c01/17
Sale Price: $ 2,775,000

COMPARABLE SALE #5

424 Crocker Rd
Sacramento, CA 95864
Sale Date: s12/15;c11/15
Sale Price: $ 2,200,000

COMPARABLE SALE #6

2795 Sierra Blvd
Sacramento, CA 95864
Sale Date: s10/15;c10/15
Sale Price: $ 2,175,000

COMPARABLE PROPERTY PHOTO ADDENDUM

| Borrower: Dorel Mitrut | | | File No.: Huntington_2620 |
|---|---|---|---|
| Address: 2620 Huntington Rd | | | Case No.: HMR170914009 |
| City: Sacramento | St: CA | Zip: 95864 | Lender: Athas Capital Group |

COMPARABLE SALE #7

559 Kevington Ct
Sacramento, CA 95864
Sale Date: Active
Sale Price: $ 1,349,000

COMPARABLE SALE #8

440 Bret Harte Rd
Sacramento, CA 95864
Sale Date: Active
Sale Price: $ 2,895,000

COMPARABLE SALE #9

3410 Adams Rd
Sacramento, CA 95864
Sale Date: Active
Sale Price: $ 2,500,000

# FLOORPLAN SKETCH

| | | | |
|---|---|---|---|
| Borrower: Dorel Mitrut | | File No.: Huntington_2620 | |
| Property Address: 2620 Huntington Rd | | Case No.: HMR170914009 | |
| City: Sacramento | State: CA | Zip: 95864 | |
| Lender: Athas Capital Group | | | |

Lawn

Sketch by Apex Sketch v5 Standard™

Comments:

## AREA CALCULATIONS SUMMARY

| Code | Description | Net Size | Net Totals |
|---|---|---|---|
| GLA1 | First Floor | 4507.00 | 4507.00 |
| GAR | Garage | 576.00 | 576.00 |
| UND | Tennis/Sport | 2211.67 | 2211.67 |
| Net LIVABLE Area | | (rounded) | 4507 |

## LIVING AREA BREAKDOWN

| Breakdown | Subtotals |
|---|---|
| First Floor | |
| 52.5 x 16.0 | 840.00 |
| 8.0 x 34.0 | 272.00 |
| 8.0 x 72.0 | 576.00 |
| 10.5 x 75.0 | 787.50 |
| 8.0 x 20.5 | 164.00 |
| 75.0 x 1.0 | 75.00 |
| 15.5 x 29.0 | 449.50 |
| 8.0 x 54.5 | 436.00 |
| 14.0 x 62.5 | 875.00 |
| 0.5 x 8.0 x 8.0 | 32.00 |
| 10 Items (rounded) | 4507 |

PLAT MAP

| Borrower: Dorel Mitrut | | File No.: Huntington_2620 |
|---|---|---|
| Property Address: 2620 Huntington Rd | | Case No.: HMR170914009 |
| City: Sacramento | State: CA | Zip: 95864 |
| Lender: Athas Capital Group | | |



LOCATION MAP

| Borrower: Dorel Mitrut | | File No.: Huntington_2620 |
| --- | --- | --- |
| Property Address: 2620 Huntington Rd | | Case No.: HMR170914009 |
| City: Sacramento | State: CA | Zip: 95864 |
| Lender: Athas Capital Group | | |

Comparable Sale 6
2795 Sierra Boulevard
Sacramento, CA 95864
0.50 miles NE
Comparable Sale 1
3100 Adams Road
Sacramento, CA 95864
0.72 miles NE
Comparable Sale 9
3410 Adams Road
Sacramento, CA 95864
1.03 miles NE
Comparable Sale 8
440 Bret Harte Road
Sacramento, CA 95864
0.18 miles NE
Subject
2620 Huntington Rd
Sacramento, CA 95864
Comparable Sale 3
500 Crocker Road
Sacramento, CA 95864
0.61 miles NE
Comparable Sale 4
2690 Huntington Road
Sacramento, CA 95864
0.15 miles SE
Comparable Sale 2
441 Crocker Road
Sacramento, CA 95864
0.37 miles NE
Comparable Sale 5
424 Crocker Road
Sacramento, CA 95864
0.28 miles SE
Comparable Sale 7
559 Kevington Court
Sacramento, CA 95864
1.39 miles NE
Map data ©2017 Google

8914 Willowspring Ct, Elk Grove, CA 95758 714 330 6514

LICENSE

| Borrower: Dorel Mitrut | | File No.: Huntington_2620 |
| --- | --- | --- |
| Property Address: 2620 Huntington Rd | | Case No.: HMR170914009 |
| City: Sacramento | State: CA | Zip: 95864 |
| Lender: Athas Capital Group | | |

Business, Consumer Services & Housing Agency

BUREAU OF REAL ESTATE APPRAISERS

REAL ESTATE APPRAISER LICENSE

**Felicisimo R. Quipot**

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified Residential Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER: AR 038328

Effective Date: September 16, 2017
Date Expires: September 15, 2019

Jim Martin, Bureau Chief, BREA

3037133

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE "CHAIN LINK"

# NAVIGATORS INSURANCE COMPANY

**THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.**

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

**PLEASE READ THIS POLICY CAREFULLY.**

## REAL ESTATE APPRAISERS ERRORS AND OMISSIONS INSURANCE POLICY DECLARATIONS

**POLICY NUMBER:** PH17RALR31100IV **RENEWAL OF:** PH16RALR31100IV

1. **NAMED INSURED:** Felicisimo Quipot

2. **ADDRESS:** 125 Fountain Oaks Circle
SACRAMENTO, CA 95831

3. **POLICY PERIOD: FROM:** 02/26/2017 **TO:** 02/26/2018
12:01 A.M. Standard Time at the address of the **Named Insured** as stated in Number 2 above.

4. **LIMITS OF LIABILITY:**
**A.** $ 1,000,000 **Damages** Limit of Liability – Each **Claim**
**B.** $ 1,000,000 **Claim Expenses** Limit of Liability – Each **Claim**
**C.** $ 1,000,000 **Damages** Limit of Liability – Policy Aggregate
**D.** $ 1,000,000 **Claim Expenses** Limit of Liability – Policy Aggregate

5. **DEDUCTIBLE** (Inclusive of **claim expenses**): **A.** $ 500 Each **Claim**
**B.** $ 1,000 Aggregate

6. **PREMIUM:** $ 850.00

7. **RETROACTIVE DATE:** 02/26/2006
8. **FORMS ATTACHED:**
RiskMgmt, NAV ML-002, CA Notice, NAV RAL DEC, NAV RAL NIC PF, NAV RAL 002, NAV RAL 003, NAV RAL 300 CA

**PROGRAM ADMINISTRATOR:** RealCare Insurance Marketing, Inc.

By Acceptance of this policy the Insured agrees that the statements in the Declarations and the Application and any attachments hereto are the Insured's agreements and representations and that this policy embodies all agreements existing between the Insured and the Company or any of its representatives relating to this insurance.

**IN WITNESS WHEREOF, we have caused this policy to be signed by our President and Secretary.**

Emily Miner
[Emily Miner]
Secretary

Stanley Adam Galanski
[Stanley A. Galanski]
President

Navigators

AERIAL MAP

| Borrower: Dorel Mitrut | | File No.: Huntington_2620 |
|---|---|---|
| Property Address: 2620 Huntington Rd | | Case No.: HMR170914009 |
| City: Sacramento | State: CA | Zip: 95864 |
| Lender: Athas Capital Group | | |

Fulton Ave
Munroe St
Laurel Dr
Fair Oaks Blvd
Fair Oaks Blvd
Fair Oaks Blvd
Fair Oaks Blvd
Bret Harte Rd
Bret Harte Rd
Bret Harte Rd
Park Sierra Ln
Subject
2620 Huntington Rd
Sacramento, CA 95864
Huntington Rd
Munroe St
E Ranch Rd
Latham Dr
Saratoga Cir
Latham Dr
Munroe St
Sable Ct
E Ranch Rd
Sacramento Country
Day School
Latham Ln
Latham Dr
Munroe St
American River Dr
American River Dr
University Ave
Morley Way
Morley Way
Brockenwood Way
American River Dr
American River
Google
Map data ©2017 Google Imagery ©2017 , DigitalGlobe, Sanborn, U.S. Geological Survey, USDA Farm Service Agency

8914 Willowspring Ct, Elk Grove, CA 95758 714 330 6514

REALIST

Borrower: Dorel Mitrut | File No.: Huntington_2620
Property Address: 2620 Huntington Rd | Case No.: HMR170914009
City: Sacramento | State: CA | Zip: 95864
Lender: Athas Capital Group

## 2620 Huntington Rd, Sacramento, CA 95864-5634, Sacramento County

| 4 | 4,695 | 24,000 | $710,000 | Pre-foreclosure |
|---|---|---|---|---|
| MLS Beds | MLS Sq Ft | Lot Sq Ft | Sale Price | |
| 5 | 2017 | SFR | 02/02/2005 | |
| MLS Baths | Yr Built | Type | Sale Date | |

### Owner Information

| | | | |
|---|---|---|---|
| Owner Name: | **Boncioaga Rodica Alina** | Tax Billing Zip: | **33138** |
| Owner Name 2: | **Mitrut Dorel** | Tax Billing ZIP + 4 Code: | **3616** |
| Tax Billing Address: | **950 Ne 85th St** | Owner Occupied: | **Yes** |
| Tax Billing City & State: | **Miami, FL** | | |

### Location Information

| | | | |
|---|---|---|---|
| Census Tract : | **54.04** | School District : | **San Juan** |
| Mailing Carrier Route: | **C010** | Comm College District Code: | **Los Rios Jt** |
| Subdivision: | **Sierra Oaks Vista 02** | Flood Zone Code: | **X500L** |
| Zoning: | **RD-3** | Flood Zone Panel: | **06067C0184H** |
| Neighborhood Code: | **A-A** | Flood Zone Date: | **08/16/2012** |

### Tax Information

| | | | |
|---|---|---|---|
| APN: | **293-0012-002-0000** | Lot # : | **1** |
| Tax Area : | **54153** | % Improved: | **85%** |
| Water Tax Dist: | **Countyzone No Draina** | Exemption(s): | **Homeowner** |
| Fire Dept Tax Dist: | **Sacramento Metropoli** | | |
| Legal Description: | **W 100 FT OF E 190 FT LOT 1 SIERRA OAKS VISTA NO 2** | | |

### Assessment & Tax

| Assessment Year | 2017 | 2016 | 2015 |
|---|---|---|---|
| Assessed Value - Total | $1,655,042 | $887,101 | $566,137 |
| Assessed Value - Land | $255,818 | $250,802 | $247,035 |
| Assessed Value - Improved | $1,399,224 | $636,299 | $319,102 |
| YOY Assessed Change ($) | $767,941 | $320,964 | |
| YOY Assessed Change (%) | 86.57% | 56.69% | |

| Tax Year | Total Tax | Change ($) | Change (%) |
|---|---|---|---|
| 2015 | $6,775 | | |
| 2016 | $10,534 | $3,759 | 55.48% |
| 2017 | $20,465 | $9,931 | 94.28% |

### Characteristics

| | | | |
|---|---|---|---|
| Lot Acres: | **0.551** | Cooling Type : | **Central** |
| Lot Sq Ft: | **24,000** | Heat Type: | **Central** |
| Style: | **U-Shape** | Parking Spaces: | **2** |
| Gross Area: | **4,635** | Garage Type: | **Covered** |
| Building Sq Ft: | **Tax: 4,635 MLS: 4,695** | Garage Capacity: | **2** |
| Above Gnd Sq Ft: | **4,635** | Garage Sq Ft: | **625** |
| Ground Floor Area: | **4,635** | Roof Material : | **Shingle** |
| Stories: | **1** | Construction: | **Wood** |
| Condition: | **Average** | Pool: | **Pool** |
| Quality: | **Excellent** | Year Built: | **2017** |
| Total Rooms: | **9** | Other Rooms: | **Foyer, Family Room, Foyer** |
| Bedrooms : | **4** | Equipment: | **Typical** |

Courtesy of Felicisimo Quipot, MetroList Services, Inc

The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**
Generated on 11/22/2017

REALIST

| | | | |
|---|---|---|---|
| Borrower: Dorel Mitrut | | File No.: Huntington_2620 | |
| Property Address: 2620 Huntington Rd | | Case No.: HMR170914009 | |
| City: Sacramento | State: CA | Zip: 95864 | |
| Lender: Athas Capital Group | | | |

| | | | |
|---|---|---|---|
| Total Baths: | 5 | County Use Code : | 1 Family Residential |
| Full Baths: | 5 | Universal Land Use : | SFR |
| Fireplace: | Y | # of Buildings: | 1 |
| Fireplace Count: | 1 | | |

## Listing Information

| | | | |
|---|---|---|---|
| Listing Number: | 17030225 | Original Listing Price: | $3,075,000 |
| Status: | Withdrawn/Canc. | Listing Agent Name: | Mike S Trainor |
| Status Change Date: | 10/09/2017 | Listing Office Name: | REALTY ONE GROUP COMPLETE |
| Listing Date: | 05/22/2017 | Listing Cancellation Date: | 10/09/2017 |
| Listing Price: | $2,925,000 | | |

| Listing Number | 17003317 | 16035486 | 13072349 | 13062036 | 13043719 |
|---|---|---|---|---|---|
| Status | Withdrawn/Canc. | Withdrawn/Canc. | Expired | Expired | Withdrawn/Canc. |
| Listing Date | 01/20/2017 | 06/04/2016 | 12/23/2013 | 10/17/2013 | 07/26/2013 |
| Listing Price | $3,100,000 | $3,250,000 | $769,000 | $769,000 | $825,000 |
| Original Listing Price | $3,100,000 | $3,500,000 | $769,000 | $829,000 | $825,000 |
| Selling Price | $0 | $0 | $0 | $0 | $0 |
| Listing Cancellation Date | 05/01/2017 | 09/04/2016 | 12/28/2013 | | 09/09/2013 |

| Listing Number | 13001630 | 12049927 | 11069516 |
|---|---|---|---|
| Status | Withdrawn/Canc. | Withdrawn/Canc. | Withdrawn/Canc. |
| Listing Date | 01/09/2013 | 08/10/2012 | 09/25/2011 |
| Listing Price | $834,500 | $854,500 | $865,000 |
| Original Listing Price | $834,500 | $864,500 | $885,000 |
| Selling Price | $0 | $0 | $0 |
| Listing Cancellation Date | 05/31/2013 | 01/09/2013 | 08/02/2012 |

## Last Market Sale & Sales History

| | | | |
|---|---|---|---|
| Recording Date: | 02/07/2005 | Deed Type: | Grant Deed |
| Settle Date : | 02/02/2005 | Owner Name: | Boncioaga Rodica Alina |
| Sale Price: | $710,000 | Owner Name 2: | Mitrut Dorel |
| Price Per Sq Ft : | $153.18 | Seller Name: | Jossi Jack U & B K Trust |
| Document Number: | 50207-1925 | Title Company: | Stewart Title/Sacramento |
| Sale Type: | Full | | |

| Recording Date | 02/07/2005 | 10/02/1990 |
|---|---|---|
| Settle Date | 02/02/2005 | 09/01/1990 |
| Sale Price | $710,000 | |
| Nominal | | Y |
| Owner Name | Mitrut Dorel | Jossi Jack U & Jossi Barbara K |
| Seller Name | Jossi Jack U & B K Trust | Jossi Jack U |
| Document Number | 50207-1925 | 901002-1242 |
| Deed Type | Grant Deed | Deed (Reg) |
| Title Company | Stewart Title/Sacramento | |

## Mortgage History

| Mortgage Date | 09/14/2017 | 09/14/2017 | 09/16/2016 | 04/21/2016 | 09/29/2015 |
|---|---|---|---|---|---|
| Mortgage Amount | $25,000 | $50,000 | $250,000 | $1,500,000 | $1,265,000 |
| Mortgage Lender | Private Individual | Private Individual | Private Individual | Sierra Vista Bk | Socotra Fund LLC |
| Borrower Name | Mitrut Dorel | Mitrut Dorel | Mitrut Dorel | Boncioaga Rodica A | Boncioaga Rodica A |
| Borrower Name 2 | Rodica Alina B | Rodica Alina B | Boncioaga Rodica A | Mitrut Dorel | Mitrut Dorel |
| Mortgage Purpose | Refi | Refi | Refi | Construction | Refi |
| Mortgage Type | Private Party Lender | Private Party Lender | Private Party Lender | | Conventional |
| Interest Rate Type | | | | | |
| Mortgage Int Rate | | | | | |
| Mortgage Term | | | | | |
| Mortgage Term Code | | | | | |

Courtesy of Felicisimo Quipot, MetroList Services, Inc

The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**
Generated on 11/22/2017

REALIST

| Borrower: Dorel Mitrut | | File No.: Huntington_2620 |
|---|---|---|
| Property Address: 2620 Huntington Rd | | Case No.: HMR170914009 |
| City: Sacramento | State: CA | Zip: 95864 |
| Lender: Athas Capital Group | | |

| Mortgage Date | 03/10/2009 | 07/02/2008 | 02/07/2005 |
|---|---|---|---|
| Mortgage Amount | $100,000 | $590,000 | $568,000 |
| Mortgage Lender | US Bk Na/Nd | Downey S&L Assn Fa | Safe Cu |
| Borrower Name | Mitrut Dorel | Mitrut Dorel | Mitrut Dorel |
| Borrower Name 2 | Boncioaga Rodica A | Boncioaga Rodica A | Boncioaga Rodica A |
| Mortgage Purpose | Refi | Refi | Resale |
| Mortgage Type | Conventional | Conventional | Conventional |
| Interest Rate Type | | Adjustable Int Rate Loan | Adjustable Int Rate Loan |
| Mortgage Int Rate | | 4.875 | 5.5 |
| Mortgage Term | 25 | 30 | 30 |
| Mortgage Term Code | Years | Years | Years |

## Foreclosure History

| Document Type | Notice Of Default |
|---|---|
| Default Date | 10/26/2017 |
| Foreclosure Filing Date | 10/25/2017 |
| Recording Date | 10/26/2017 |
| Document Number | 1710260081 |
| Default Amount | $1,481,590 |
| Final Judgment Amount | $1,460,241 |
| Original Doc Date | 04/21/2016 |
| Original Book Page | 160421001254 |

## Property Map

*Lot Dimensions are Estimated

Courtesy of Felicisimo Quipot, MetroList Services, Inc

The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**
Generated on 11/22/2017
Page 3 of 3

CMA

Borrower: Dorel Mitrut | File No.: Huntington_2620
Property Address: 2620 Huntington Rd | Case No.: HMR170914009
City: Sacramento | State: CA | Zip: 95864
Lender: Athas Capital Group

## CMA Report

Listings as of 11/22/2017 6:48:43 AM

Page 1

### Residential

**Active**

| Address | City | Bd | Bth | SqFt | LotSz | Year | Date | $/SqFt | DOM/ CDOM | Orig Price | List Price | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3413 Sierra Oaks Dr | Sacramento | 6 | 4 (4 0) | 4932 | 0.300ac | 1960 | 10/24/17 | 199.72 | 29/29 | 1,100,000 | 985,000 | |
| 559 Kevington Ct | Sacramento | 6 | 5 (4 1) | 4869 | 0.660ac | 1968 | 10/12/17 | 277.06 | 41/41 | 1,488,000 | 1,349,000 | |
| 3410 Adams Rd | Sacramento | 5 | 6 (5 1) | 5200 | 0.828ac | 2017 | 12/17/16 | 480.77 | 340/340 | 2,785,000 | 2,500,000 | |
| 440 Bret Harte Rd | Sacramento | 5 | 8 (6 2) | 7362 | 0.620ac | 2011 | 08/04/17 | 393.24 | 110/481 | 2,995,000 | 2,895,000 | |
| **Listing Count** 4 | **Averages** | | | 5,591 | | | | 337.7 | 130/223 | 2,092,000 | 1,932,250 | |
| | | | **High** | | 2,895,000 | | **Low** | 985,000 | | | **Median** | 1,924,500 |

**Pending**

| Address | City | Bd | Bth | SqFt | LotSz | Year | Date | $/SqFt | DOM/ CDOM | Orig Price | List Price | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2912 Sienna Ln | Sacramento | 5 | 5 (4 1) | 3791 | 0.271ac | 2004 | 10/24/17 | 288.84 | 56/56 | 1,195,000 | 1,095,000 | |
| **Listing Count** 1 | **Averages** | | | 3,791 | | | | 288.84 | 56/56 | 1,195,000 | 1,095,000 | |
| | | | **High** | | 1,095,000 | | **Low** | 1,095,000 | | | **Median** | 1,095,000 |

**Sold**

| Address | City | Bd | Bth | SqFt | LotSz | Year | Date | $/SqFt | DOM/ CDOM | Orig Price | List Price | Sale Price | SP % LP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 Sandburg Dr | Sacramento | 6-7 | 5 (5 0) | 4150 | 0.264ac | 1954 | 08/08/16 | 210.84 | 13/13 | 899,900 | 874,900 | 875,000 | 100.01 |
| 790 Fulton Ave | Sacramento | 4 | 3 (3 0) | 3904 | 0.639ac | 2004 | 03/01/16 | 199.80 | 62/62 | 1,089,000 | 1,089,000 | 780,000 | 71.63 |
| 2590 Azalea Rd | Sacramento | 4-5 | 3 (3 0) | 3904 | 0.639ac | 2004 | 09/22/16 | 297.13 | 106/106 | 1,295,000 | 1,199,000 | 1,160,000 | 96.75 |
| 3340 AMERICAN RIVER Dr | Sacramento | 5 | 4 (3 1) | 4282 | 0.440ac | 1966 | 09/28/16 | 190.57 | 7/7 | 829,000 | 829,000 | 816,000 | 98.43 |
| 2833 Sevilla Ln | Sacramento | 5 | 4 (4 0) | 3750 | 7864 sf | Under C | 09/18/17 | 226.40 | 1/1 | 857,900 | 849,000 | 849,000 | 100.00 |
| 3694 Fair Oaks Blvd | Sacramento | 5-6 | 4 (4 0) | 4259 | 0.445ac | 1988 | 06/13/17 | 205.45 | 44/44 | 950,000 | 950,000 | 875,000 | 92.11 |
| 3640 Las Pasas Way | Sacramento | 5-6 | 3 (3 0) | 4103 | 0.297ac | 1995 | 08/24/17 | 215.70 | 101/101 | 985,000 | 920,000 | 885,000 | 96.20 |
| 2815 Sevilla Ln | Sacramento | 5 | 3 (3 0) | 3750 | 6731 sf | New | 04/27/17 | 245.57 | 24/348 | 849,000 | 849,000 | 920,900 | 108.47 |
| 3692 Fair Oaks Blvd | Sacramento | 4 | 4 (4 0) | 4888 | 0.464ac | 1990 | 08/08/17 | 189.24 | 235/235 | 1,299,000 | 999,000 | 925,000 | 92.59 |
| 781 La Sierra Dr | Sacramento | 4-5 | 3 (3 0) | 4035 | 0.302ac | 1980 | 07/05/17 | 239.16 | 102/102 | 1,024,500 | 989,000 | 965,000 | 97.57 |
| 919 Jonas Ave | Sacramento | 5 | 4 (3 1) | 3962 | 0.248ac | 2004 | 04/17/17 | 253.66 | 28/28 | 1,079,000 | 1,049,000 | 1,005,000 | 95.81 |
| 3861 Crondall Dr | Sacramento | 5 | 4 (3 1) | 4400 | 0.392ac | 1972 | 12/30/15 | 250.00 | 38/38 | 1,150,000 | 1,150,000 | 1,100,000 | 95.65 |
| 721 Treehouse Ln | Sacramento | 6 | 4 (3 1) | 3804 | 1.210ac | 1963 | 12/09/16 | 324.66 | 63/164 | 1,375,000 | 1,249,000 | 1,235,000 | 98.88 |
| 2600 Azalea Rd | Sacramento | 3-4 | 4 (3 1) | 3963 | 0.529ac | 2007 | 12/14/15 | 315.42 | 45/45 | 1,399,900 | 1,399,900 | 1,250,000 | 89.29 |
| 771 Coronado Blvd | Sacramento | 5 | 6 (5 1) | 3726 | 0.610ac | 1995 | 04/29/16 | 348.90 | 4/4 | 1,350,000 | 1,350,000 | 1,300,000 | 96.30 |
| 820 Larch Ln | Sacramento | 4-5 | 4 (2 2) | 3888 | 0.483ac | 1998 | 08/04/16 | 347.74 | 28/28 | 14,995,000 | 1,499,950 | 1,352,000 | 90.14 |
| 3370 Barberry Ln | Sacramento | 5-6 | 4 (4 0) | 4008 | 0.677ac | 1963 | 06/05/17 | 351.07 | 3/3 | 1,385,000 | 1,385,000 | 1,407,089 | 101.59 |
| 458 Hopkins Rd | Sacramento | 5 | 3 (3 0) | 4000 | 0.490ac | 1931 | 11/22/16 | 362.50 | 14/14 | 1,500,000 | 1,475,000 | 1,450,000 | 98.31 |
| 3304 Sierra Oaks Dr | Sacramento | 5-6 | 5 (4 1) | 3822 | 0.460ac | 1980 | 07/18/16 | 389.85 | 14/14 | 1,525,000 | 1,525,000 | 1,490,000 | 97.70 |
| 2800 Sierra Blvd | Sacramento | 4 | 5 (4 1) | 4239 | 0.800ac | 1980 | 09/15/16 | 352.68 | 24/24 | 1,495,000 | 1,495,000 | 1,495,000 | 100.00 |
| 496 Hopkins Rd | Sacramento | 4 | 3 (3 0) | 4096 | 0.650ac | 1959 | 10/21/16 | 372.31 | 59/382 | 1,650,000 | 1,650,000 | 1,525,000 | 92.42 |
| 495 Bret Harte Rd | Sacramento | 4 | 3 (3 0) | 3755 | 0.945ac | 2000 | 09/07/17 | 412.78 | 133/133 | 1,695,000 | 1,625,000 | 1,550,000 | 95.38 |
| 3101 Adams Rd | Sacramento | 4 | 7 (5 2) | 4701 | 0.777ac | 1991 | 06/28/17 | 333.97 | 30/30 | 1,790,000 | 1,570,000 | 1,570,000 | 100.00 |
| 240 Baldwin Way | Sacramento | 4-5 | 5 (3 2) | 4459 | 0.310ac | 2008 | 02/03/16 | 361.35 | 86/86 | 1,675,000 | 1,675,000 | 1,611,250 | 96.19 |
| 2799 Fair Oaks Blvd | Sacramento | 5 | 5 (4 1) | 5901 | 1.300ac | 1990 | 02/17/16 | 288.09 | 169/169 | 1,895,000 | 1,795,000 | 1,700,000 | 94.71 |
| 441 Crocker Rd | Sacramento | 4 | 5 (3 2) | 3776 | 0.550ac | 1953 | 08/08/17 | 450.21 | 130/130 | 2,100,000 | 1,885,000 | 1,700,000 | 90.19 |
| 2750 Laurel Dr | Sacramento | 6 | 6 (5 1) | 5705 | 0.736ac | 1997 | 04/25/16 | 311.13 | 40/40 | 1,850,000 | 1,850,000 | 1,775,000 | 95.95 |
| 690 Mills Rd | Sacramento | 5 | 6 (5 1) | 5361 | 1.000ac | 1938 | 11/28/16 | 338.09 | 123/123 | 2,400,000 | 1,975,000 | 1,812,500 | 91.77 |
| 3391 Holly Dr | Sacramento | 5-6 | 5 (4 1) | 5503 | 0.672ac | 1992 | 04/10/17 | 336.18 | 376/376 | 2,195,000 | 1,850,000 | 1,850,000 | 100.00 |
| 3100 Adams Rd | Sacramento | 5 | 6 (4 2) | 5191 | 0.775ac | 2008 | 11/13/17 | 399.73 | 173/173 | 2,195,000 | 2,195,000 | 2,075,000 | 94.53 |
| 424 Crocker Rd | Sacramento | 6 | 7 (4 3) | 5984 | 0.530ac | 1929 | 12/22/15 | 367.65 | 73/73 | 2,500,000 | 2,295,000 | 2,200,000 | 95.86 |
| 500 Crocker Rd | Sacramento | 5 | 7 (6 1) | 5650 | 0.678ac | 1954 | 05/17/17 | 407.08 | 19/19 | 2,495,000 | 2,495,000 | 2,300,000 | 92.18 |
| 2690 Huntington Rd | Sacramento | 4-5 | 5 (3 2) | 6299 | 0.918ac | 2007 | 03/10/17 | 440.55 | 58/58 | 2,950,000 | 2,950,000 | 2,775,000 | 94.07 |
| **Listing Count** 33 | **Averages** | | | 4,461 | | | | 313.2 | 73/96 | 1,961,279 | 1,482,902 | 1,411,477 | 95.48 |
| | | | **High** | | 2,775,000 | | **Low** | 780,000 | | | **Median** | 1,407,089 | |

**Presented By: Jon R Quipot**
License # AR038328
Primary: 714-330-6514
Secondary:
Fax: 925-226-4883
Email: jonquipot@yahoo.com

**A-Team Appraisal Group**
License # AR038328
125 Fountain Oaks Circle
Sacramento CA 95831
Phone: 714-330-6514
Fax:

All measurements and all calculations of area are approximate. Information provided by Seller/Other sources, not verified by Broker. All interested persons should independently verify accuracy of information. Provided properties may or may not be listed by the office/agent presenting the information. Copyright © 2017, MetroList Services, Inc. Copyright © 2017, Rapattoni Corporation. All rights reserved.

| Borrower: Dorel Mitrut | | File No.: Huntington_2620 |
|---|---|---|
| Property Address: 2620 Huntington Rd | | Case No.: HMR170914009 |
| City: Sacramento | State: CA | Zip: 95864 |
| Lender: Athas Capital Group | | |

## CMA Report

Listings as of 11/22/2017 6:48:43 AM

**Residential**

| **Report Listing Count** 38 | **Report Averages** | 4,562 | 315.13 | 79/108 | 1,954,874 | 1,519,993 | 1,411,476 |
|---|---|---|---|---|---|---|---|

**Presented By: Jon R Quipot**
License # AR038328
Primary: 714-330-6514
Secondary:
Fax: 925-226-4883
Email: jonquipot@yahoo.com

**A-Team Appraisal Group**
License # AR038328
125 Fountain Oaks Circle
Sacramento CA 95831
Phone: 714-330-6514
Fax:

All measurements and all calculations of area are approximate. Information provided by Seller/Other sources, not verified by Broker. All interested persons should independently verify accuracy of information. Provided properties may or may not be listed by the office/agent presenting the information. Copyright © 2017, MetroList Services, Inc. Copyright © 2017, Rapattoni Corporation. All rights reserved.

MAPPED CMA

| Borrower: Dorel Mitrut | | File No.: Huntington_2620 |
|---|---|---|
| Property Address: 2620 Huntington Rd | | Case No.: HMR170914009 |
| City: Sacramento | State: CA | Zip: 95864 |
| Lender: Athas Capital Group | | |

## Map Report

## Listings

| # | Listing # | Status | Address | City | ZIP Code | Area | Type | Price | Beds | Baths | Sq Ft | Acres |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 17068396 | Active | 3413 Sierra Oaks Dr | Sacramento | 95864 | 10864 | RESI | 985000 | 6 | 4 | 4932 | 0.3000 |
| 2 | 17065547 | Active | 559 Kevington Ct | Sacramento | 95864 | 10864 | RESI | 1349000 | 6 | 5 | 4869 | 0.6600 |
| 3 | 16076686 | Active | 3410 Adams Rd | Sacramento | 95864 | 10864 | RESI | 2500000 | 5 | 6 | 5200 | 0.8280 |
| 4 | 17049830 | Active | 440 Bret Harte Rd | Sacramento | 95864 | 10864 | RESI | 2895000 | 5 | 8 | 7362 | 0.6200 |
| 5 | 17053435 | Pending | 2912 Sienna Ln | Sacramento | 95864 | 10864 | RESI | 1095000 | 5 | 5 | 3791 | 0.2711 |
| 6 | 16034446 | Sold | 74 Sandburg Dr | Sacramento | 95819 | 10819 | RESI | 875000 | 6-7 | 5 | 4150 | 0.2645 |
| 7 | 15075410 | Sold | 790 Fulton Ave | Sacramento | 95825 | 10825 | RESI | 780000 | 4 | 3 | 3904 | 0.6399 |
| 8 | 16029083 | Sold | 2590 Azalea Rd | Sacramento | 95825 | 10825 | RESI | 1160000 | 4-5 | 3 | 3904 | 0.6399 |
| 9 | 16048634 | Sold | 3340 AMERICAN RIVER Dr | Sacramento | 95864 | 10864 | RESI | 816000 | 5 | 4 | 4282 | 0.4408 |
| 10 | 17008923 | Sold | 2833 Sevilla Ln | Sacramento | 95864 | 10864 | RESI | 849000 | 5 | 4 | 3750 | 0.1805 |
| 11 | 17007443 | Sold | 3694 Fair Oaks Blvd | Sacramento | 95864 | 10864 | RESI | 875000 | 5-6 | 4 | 4259 | 0.4455 |
| 12 | 17020649 | Sold | 3640 Las Pasas Way | Sacramento | 95864 | 10864 | RESI | 885000 | 5-6 | 3 | 4103 | 0.2978 |
| 13 | 17003480 | Sold | 2815 Sevilla Ln | Sacramento | 95864 | 10864 | RESI | 920900 | 5 | 3 | 3750 | 0.1545 |
| 14 | 16070831 | Sold | 3692 Fair Oaks Blvd | Sacramento | 95864 | 10864 | RESI | 925000 | 4 | 4 | 4888 | 0.4641 |
| 15 | 17007036 | Sold | 781 La Sierra Dr | Sacramento | 95864 | 10864 | RESI | 965000 | 4-5 | 3 | 4035 | 0.3025 |
| 16 | 17007158 | Sold | 919 Jonas Ave | Sacramento | 95864 | 10864 | RESI | 1005000 | 5 | 4 | 3962 | 0.2480 |
| 17 | 15070517 | Sold | 3861 Crondall Dr | Sacramento | 95864 | 10864 | RESI | 1100000 | 5 | 4 | 4400 | 0.3922 |
| 18 | 16053794 | Sold | 721 Treehouse Ln | Sacramento | 95864 | 10864 | RESI | 1235000 | 6 | 4 | 3804 | 1.2100 |
| 19 | 15057273 | Sold | 2600 Azalea Rd | Sacramento | 95864 | 10864 | RESI | 1250000 | 3-4 | 4 | 3963 | 0.5294 |
| 20 | 16020746 | Sold | 771 Coronado Blvd | Sacramento | 95864 | 10864 | RESI | 1300000 | 5 | 6 | 3726 | 0.6107 |
| 21 | 16029954 | Sold | 820 Larch Ln | Sacramento | 95864 | 10864 | RESI | 1352000 | 4-5 | 4 | 3888 | 0.4839 |
| 22 | 17025731 | Sold | 3370 Barberry Ln | Sacramento | 95864 | 10864 | RESI | 1407089 | 5-6 | 4 | 4008 | 0.6772 |
| 23 | 16063717 | Sold | 458 Hopkins Rd | Sacramento | 95864 | 10864 | RESI | 1450000 | 5 | 3 | 4000 | 0.4900 |
| 24 | 16024074 | Sold | 3304 Sierra Oaks Dr | Sacramento | 95864 | 10864 | RESI | 1490000 | 5-6 | 5 | 3822 | 0.4600 |
| 25 | 16044173 | Sold | 2800 Sierra Blvd | Sacramento | 95864 | 10864 | RESI | 1495000 | 4 | 5 | 4239 | 0.8001 |
| 26 | 16047231 | Sold | 496 Hopkins Rd | Sacramento | 95864 | 10864 | RESI | 1525000 | 4 | 3 | 4096 | 0.6500 |
| 27 | 17019433 | Sold | 495 Bret Harte Rd | Sacramento | 95864 | 10864 | RESI | 1550000 | 4 | 3 | 3755 | 0.9458 |

MAPPED CMA

| Borrower: Dorel Mitrut | | File No.: Huntington_2620 |
|---|---|---|
| Property Address: 2620 Huntington Rd | | Case No.: HMR170914009 |
| City: Sacramento | State: CA | Zip: 95864 |
| Lender: Athas Capital Group | | |

| # | Listing # | Status | Address | City | ZIP Code | Area | Type | Price | Beds | Baths | Sq Ft | Acres |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 17016502 | Sold | 3101 Adams Rd | Sacramento | 95864 | 10864 | RESI | 1570000 | 4 | 7 | 4701 | 0.7770 |
| 29 | 15063375 | Sold | 240 Baldwin Way | Sacramento | 95864 | 10864 | RESI | 1611250 | 4-5 | 5 | 4459 | 0.3100 |
| 30 | 15049442 | Sold | 2799 Fair Oaks Blvd | Sacramento | 95864 | 10864 | RESI | 1700000 | 5 | 5 | 5901 | 1.3000 |
| 31 | 17019409 | Sold | 441 Crocker Rd | Sacramento | 95864 | 10864 | RESI | 1700000 | 4 | 5 | 3776 | 0.5500 |
| 32 | 16002408 | Sold | 2750 Laurel Dr | Sacramento | 95864 | 10864 | RESI | 1775000 | 6 | 6 | 5705 | 0.7367 |
| 33 | 16021234 | Sold | 690 Mills Rd | Sacramento | 95864 | 10864 | RESI | 1812500 | 5 | 6 | 5361 | 1.0000 |
| 34 | 16011515 | Sold | 3391 Holly Dr | Sacramento | 95864 | 10864 | RESI | 1850000 | 5-6 | 5 | 5503 | 0.6728 |
| 35 | 17013222 | Sold | 3100 Adams Rd | Sacramento | 95864 | 10864 | RESI | 2075000 | 5 | 6 | 5191 | 0.7758 |
| 36 | 15060275 | Sold | 424 Crocker Rd | Sacramento | 95864 | 10864 | RESI | 2200000 | 6 | 7 | 5984 | 0.5300 |
| 37 | 17017871 | Sold | 500 Crocker Rd | Sacramento | 95864 | 10864 | RESI | 2300000 | 5 | 7 | 5650 | 0.6785 |
| 38 | 16075423 | Sold | 2690 Huntington Rd | Sacramento | 95864 | 10864 | RESI | 2775000 | 4-5 | 5 | 6299 | 0.9183 |

Presented By: Jon R Quipot Lic: AR038328 / A-Team Appraisal Group Phone: 714-330-6514 Lic: AR038328

All measurements and all calculations of area are approximate. Information provided by Seller/Other sources, not verified by Broker.

All interested persons should independently verify accuracy of information. Provided properties may or may not be listed by the office/agent presenting the information.

Copyright © 2017, MetroList Services, Inc. Copyright © 2017, Rapattoni Corporation. All rights reserved.
U.S. Patent 6,910,045

TREND

| Borrower: Dorel Mitrut | | File No.: Huntington_2620 |
|---|---|---|
| Property Address: 2620 Huntington Rd | | Case No.: HMR170914009 |
| City: Sacramento | State: CA | Zip: 95864 |
| Lender: Athas Capital Group | | |

## 2620 Huntington Rd, Sacramento, CA 95864-5634, Sacramento County

### Pricing Trends

**Median Sale Price to Current Value - Tax**

The percentage of properties that have increased or decreased in value based on the year in which they were acquired. The chart compares the sale price of each home to its current market value based on RealAVM, and then calculates the median percentage of appreciation or depreciation.

If the percentage for a year is below 100%, those who purchased homes during that year are likely to have negative equity and may be subject to short sale conditions. If the percentage is above 100%, those who purchased a home that year are likely to have positive equity and the capacity to transact their home in an uncomplicated manner.

**Percentage of Properties Purchased Above/Below Current Value - Tax**

The percentage of all properties for which the purchase price is above and below the current value. The current value of the property is calculated using RealAVM. This statistic represents all properties in the geographic area, regardless of when the home sold.

An area in which most homes were purchased above their current value indicates one in which properties are likely to be distressed and subject to short sales and foreclosures. An area in which most properties were purchased below their current value indicates an area in which home owners generally enjoy positive equity.

**Median Sale Price - Tax**

The median sale price for properties sold via Tax. If the median sale price increases over time, it generally indicates an appreciating market in which demand exceeds supply. Conversely, if the median sales price is decreasing, it indicates a declining market with diminished demand.

Courtesy of Felicisimo Quipot, MetroList Services, Inc

The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Market Trends**
Generated on 11/22/2017

TREND

| Borrower: Dorel Mitrut | | File No.: Huntington_2620 |
|---|---|---|
| Property Address: 2620 Huntington Rd | | Case No.: HMR170914009 |
| City: Sacramento | State: CA | Zip: 95864 |
| Lender: Athas Capital Group | | |

**Median Sale Price - MLS**

The median sale price for properties sold via the MLS. If the median sale price increases over time, it generally indicates an appreciating market in which demand exceeds supply. Conversely, if the median sales price is decreasing, it indicates a declining market with diminished demand.

**Median List Price - MLS**

The median list price for properties actively marketed via the MLS. If the median list price increases over time, it generally indicates an appreciating market in which demand exceeds supply. Conversely, if the median list price is decreasing, it indicates a declining market with diminished demand.

**Median Sale to Original List Price Ratio - MLS**

The median ratio of sale price to list price based on MLS sales. For example, a home listed for $200,000 that sold for $190,000 would have a ratio of 95%. When the ratio is close to or even above 100%, homes are selling at or above their asking price and market demand is high. When the ratio is substantially below 100%, demand for homes is low.

**Median Price per Square Foot - Tax**

Courtesy of Felicisimo Quipot, MetroList Services, Inc

The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

Generated on 11/22/2017

TREND

| Borrower: Dorel Mitrut | | File No.: Huntington_2620 |
| --- | --- | --- |
| Property Address: 2620 Huntington Rd | | Case No.: HMR170914009 |
| City: Sacramento | State: CA | Zip: 95864 |
| Lender: Athas Capital Group | | |

The median price per square foot for sold homes based on Tax sales. An increase in the median price per square foot -- particularly if the median size of sold homes has not also increased -- indicates that buyers are willing to pay more for the similarly sized homes. When the median price per square foot decreases, property values may be generally decreasing, or less costly homes are selling more briskly than higher valued ones.

**Median Price per Square Foot - MLS**

$250
$225
$200
$175
$150
2014-Q4
2015-Q1
2015-Q2
2015-Q3
2015-Q4
2016-Q1
2016-Q2
2016-Q3
2016-Q4
2017-Q1
2017-Q2
2017-Q3

Zip: 95864
City: Sacramento, CA
County: Sacramento, CA

The median price per square foot for sold homes based on MLS sales. An increase in the median price per square foot -- particularly if the median size of sold homes has not also increased -- indicates that buyers are willing to pay more for the similarly sized homes. When the median price per square foot decreases, property values may be generally decreasing, or less costly homes are selling more briskly than higher valued ones.

**Median Loan to Value - Tax**

95%
92%
90%
88%
85%
82%
80%
2014-Q4
2015-Q1
2015-Q2
2015-Q3
2015-Q4
2016-Q1
2016-Q2
2016-Q3
2016-Q4
2017-Q1
2017-Q2
2017-Q3

Zip: 95864
City: Sacramento, CA
County: Sacramento, CA

The median loan-to-value ratio (or LTV) is the ratio of the mortgage amount to the purchase price. Conventional wisdom is that homeowners with lower LTV ratios are less likely to default on their mortgage. As a result, lenders typically require mortgage insurance for owners who have an LTV greater than 80%.

(1) Powered BY RealEstate Business Intelligence. Information IS deemed reliable but NOT GUARANTEED. Copyright © 2014 RealEstate Business Intelligence. ALL rights reserved.

## Market Activity

**Number of Sales - Tax**

Zip & City
3,000
2,500
2,000
1,500
1,000
500
0
County
6,000
5,500
5,000
4,500
4,000
2014-Q4
2015-Q1
2015-Q2
2015-Q3
2015-Q4
2016-Q1
2016-Q2
2016-Q3
2016-Q4
2017-Q1
2017-Q2
2017-Q3

Zip: 95864
City: Sacramento, CA
County: Sacramento, CA

The number of properties sold via Tax. Increasing sales activity signifies an accelerating market, while decreasing activity signifies a declining market. Remember that sales activity may also change seasonally, so be sure to compare sales activity between comparable periods and over a sufficiently long enough timeline.

Courtesy of Felicisimo Quipot, MetroList Services, Inc

The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

Market Trends

Generated on 11/22/2017
Page 3 of 6

8914 Willowspring Ct, Elk Grove, CA 95758 714 330 6514

TREND

| Borrower: Dorel Mitrut | | File No.: Huntington_2620 |
|---|---|---|
| Property Address: 2620 Huntington Rd | | Case No.: HMR170914009 |
| City: Sacramento | State: CA | Zip: 95864 |
| Lender: Athas Capital Group | | |

**Number of Sales - MLS**

The number of properties sold via the MLS. Increasing sales activity signifies an accelerating market, while decreasing activity signifies a declining market. Remember that sales activity may also change seasonally, so be sure to compare sales activity between comparable periods and over a sufficiently long enough timeline.

**Change in Sales Activity - Tax**

The percentage change in sales activity compared to the corresponding month or quarter of the prior year. Positive percentages reflect improving market conditions, and decreasing ones indicate declining market conditions.

**Change in Sales Activity - MLS**

The percentage change in sales activity compared to the corresponding month or quarter of the prior year. Positive percentages reflect improving market conditions, and decreasing ones indicate declining market conditions.

**Annual Turnover Rate - Tax**

Courtesy of Felicisimo Quipot, MetroList Services, Inc

The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

Generated on 11/22/2017

TREND

| Borrower: Dorel Mitrut | | File No.: Huntington_2620 |
|---|---|---|
| Property Address: 2620 Huntington Rd | | Case No.: HMR170914009 |
| City: Sacramento | State: CA | Zip: 95864 |
| Lender: Athas Capital Group | | |

The annualized turnover rate indicates the percentage of all homes within the locale that sold via Tax. Comparing the annualized turnover rate between locations provides an indication of each area's relative stability or volatility.

**Annual Turnover Rate - MLS**

Zip: 95864
City: Sacramento, CA
County: Sacramento, CA
15%
10%
5%
0%
2014-Q4
2015-Q1
2015-Q2
2015-Q3
2015-Q4
2016-Q1
2016-Q2
2016-Q3
2016-Q4
2017-Q1
2017-Q2
2017-Q3

The annualized turnover rate indicates the percentage of all homes within the locale that sold via the MLS. Comparing the annualized turnover rate between locations provides an indication of each area's relative stability or volatility.

(1) Powered by RealEstate Business Intelligence. Information is deemed reliable but not guaranteed. Copyright © 2014 RealEstate Business Intelligence. All rights reserved.

## Distressed Properties

**Number of Foreclosures - Tax**

Zip: 95864
City: Sacramento, CA
County: Sacramento, CA
Zip & City
County
1,000
750
500
250
0
1,750
1,500
1,250
1,000
750
2014-Q4
2015-Q1
2015-Q2
2015-Q3
2015-Q4
2016-Q1
2016-Q2
2016-Q3
2016-Q4
2017-Q1
2017-Q2
2017-Q3

The total number of properties entering all stages of foreclosure (Pre-Foreclosure, Auction, or REO) in the monthly or quarterly period. When the combined number of properties entering the foreclosure stage declines, conditions are typically improving and markets will stabilize. When number of properties entering the various foreclosure stages increase, conditions are typically worsening and there is a likelihood that listing inventory will subsequently increase.

**Change in Foreclosure Activity - Tax**

Zip: 95864
City: Sacramento, CA
County: Sacramento, CA
75%
50%
25%
0%
-25%
-50%
2014-Q4
2015-Q1
2015-Q2
2015-Q3
2015-Q4
2016-Q1
2016-Q2
2016-Q3
2016-Q4
2017-Q1
2017-Q2
2017-Q3

The change in the foreclosure activity compares the number of properties entering all stages of foreclosure from one period to the corresponding period of the prior year. Negative percentages indicate slowing foreclosure activity, while increasing percentages depict accelerating foreclosure activity.

Courtesy of Felicisimo Quipot, MetroList Services, Inc

The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Market Trends**
Generated on 11/22/2017
Page 5 of 6

8914 Willowspring Ct, Elk Grove, CA 95758 714 330 6514

TREND

| Borrower: Dorel Mitrut | | File No.: Huntington_2620 |
|---|---|---|
| Property Address: 2620 Huntington Rd | | Case No.: HMR170914009 |
| City: Sacramento | State: CA | Zip: 95864 |
| Lender: Athas Capital Group | | |

**Percentage of Foreclosed Properties - Tax**

0.5%
0.45%
0.4%
0.35%
0.3%
0.25%
0.2%
0.15%
2014-Q4
2015-Q1
2015-Q2
2015-Q3
2015-Q4
2016-Q1
2016-Q2
2016-Q3
2016-Q4
2017-Q1
2017-Q2
2017-Q3
Zip: 95864
City: Sacramento, CA
County: Sacramento, CA

The percentage of all properties in the zip, city or county entering the various stages of foreclosure in the period. This will be a very low percentage, but the comparative number period over period depicts improving or worsening conditions.

**Percentage of Properties in Each Foreclosure Stage - Tax**

100%
75%
50%
25%
0%
21.43%
14.29%
64.29%
9.41%
28.95%
61.63%
10.14%
29.52%
60.34%
Zip: 95864
City: Sacramento, CA
County: Sacramento, CA
Pre-Foreclosure
Auction
REO

The percent of properties in each stage of foreclosure (Pre-Foreclosure, Auction, or REO) for the most recent period. Areas with a high number of REO properties may be subject to listing and price volatility if the REO homes rapidly enter listing inventory.

(1) Powered by RealEstate Business Intelligence. Information is deemed reliable but not guaranteed. Copyright © 2014 RealEstate Business Intelligence. All rights reserved.

Courtesy of Felicisimo Quipot, MetroList Services, Inc

The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

Market Trends

Generated on 11/22/2017
Page 6 of 6

8914 Willowspring Ct, Elk Grove, CA 95758 714 330 6514