DocuSign Envelope ID: 773EA960-56AA-4B2E-9DE7-EC073C9DEA49



**MODIFICATION OF TERMS / ADDENDUM TO AUTHORIZATION AND RIGHT TO SELL, ACQUIRE OR RENT, OR OTHER AGREEMENT BETWEEN PRINCIPAL AND BROKER**
(C.A.R. Form MT, Revised 4/13)



EXHIBIT "B"

The [X] Listing Agreement [ ] Buyer Representation Agreement, (or, if checked,) [ ] Other _____ dated **May 7, 2018**, between **Realty ONE Group Complete** ("Broker") and **Mitrut Dorel, Boncioaga Rodica Alina** ("Principal"), regarding the real property, manufactured home or business described as **2620 Huntington Road, Sacramento, 95864** is modified as follows:

**PRICE:** The listing price, price range, lease or rental amount shall be changed to:
**Two Million, Three Hundred Fifty Thousand** Dollars ($ **2,350,000.00** )

**EXPIRATION DATE:** The expiration date is changed to: **December 31, 2018**.

**OTHER:** 1) Broker paid commission to be 6% of purchase price total. The breakdown to be as follows: 3% to listing broker, 3% to an MLS authorized cooperating broker.

All other terms of the Listing Agreement, Buyer Representation Agreement, or other agreement as applicable, remain in full force and effect, except as modified herein.

I acknowledge that I have read, understand and have received a copy of this Modification of Terms.

Date **August 6, 2018** at **Sacramento**, California
Principal **Mitrut Dorel**   Principal **Boncioaga Rodica Alina**

Broker **Realty ONE Group Complete** (Firm)
By **Michael Trainor** (Agent)
BRE Lic # **01801668**   Date **10/03/2018**
BRE Lic # **01897202**   Date **10/03/2018**

Michael Trainor

© 2013, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, INC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

Reviewed by _____ Date _____

EQUAL HOUSING OPPORTUNITY

**MT REVISED 4/13 (PAGE 1 OF 1)**
MODIFICATION / ADDENDUM AUTHORIZATION AND RIGHT TO SELL, ACQUIRE OR RENT (MT PAGE 1 OF 1)