

## ORDERED in the Southern District of Florida on December 3, 2018.

_Laurel M. Isicoff_
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

IN RE:                                             Case No.18-19151-LMI

RODICA A. BONCIOAGA                                Chapter 7
AKA RODICA ALINA BONCIOAGA,

      Debtor.

_____/

### ORDER GRANTING IN PART CENTRAL VALLEY COMMUNITY BANK'S MOTION FOR PROSPECTIVE RELIEF FROM AUTOMATIC STAY IN PART

**THIS CAUSE** came before the Court upon the *Motion for Prospective Relief from Automatic Stay* [D.E. #22] (the "Motion") filed by Central Valley Community Bank ("Secured Creditor"). The Court is advised that the matter is agreed. Therefore, it is:

**ORDERED** as follows:

1. The Motion is granted in part.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated effective March 3, 2019, with respect to the real property located at 2620 Huntington Road, Sacramento, California 95864 (the "Property"), which is legally described as:

    **PARCEL NO. 1:**

**THE WEST 77 FEET OF THE EAST 167 FEET OF LOT 1, OF SIERRA OAKS VISTA UNIT NO. 2, A RE-SUBDIVISION OF LOTS 33, 34 AND 35 AND PORTIONS OF LOTS 36, 37 AND 38 OF OAK FIELD SACRAMENTO COUNTY, CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, FILED IN THE OFFICE OF THE RECORDER OF SACRAMENTO COUNTY, CALIFORNIA, ON JANUARY 24, 1938 IN BOOK 20 OF MAPS, MAP NO. 40; SAID MEASUREMENTS BEING AT RIGHT ANGLES TO THE EAST LINE OF SAID LOT 1.**

**PARCEL NO. 2:**

**ALL THAT PORTION OF LOT 1 OF SIERRA OAKS VISTA UNIT NO. 2, A RE-SUBDIVISION OF LOTS 33, 34 AND 35 AND PORTIONS OF LOTS 36, 37 AND 38 OF OAK FIELD SACRAMENTO COUNTY, CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, FILED IN THE OFFICE OF THE RECORDER OF SACRAMENTO COUNTY, CALIFORNIA, ON JANUARY 24, 1938 IN BOOK 20 OF MAPS, MAP NO. 40, DESCRIBED AS FOLLOWS: BEGINNING AT A POINT ON THE NORTHERLY BOUNDARY OF LOT 1, SAID POINT BEARING NORTH 80 DEGREE 11'30" WEST, A DISTANCE OF 240.00 FEET TO A POINT ON THE SOUTHERLY BOUNDARY OF LOT 1; THENCE SOUTH 80 DEGREE 11'30" EAST ALONG SOUTHERLY BOUNDARY A DISTANCE OF 23.00 FEET TO A POINT, THENCE NORTH 9 DEGREE 48'30" EAST, A DISTANCE OF 240.00 FEET TO A POINT ON THE NORTHERLY BOUNDARY OF LOT; THENCE NORTH 80 DEGREE 11'30" WEST ALONG THE NORTHERLY BOUNDARY A DISTANCE OF 23.00 FEET TO THE POINT OF BEGINNING.**

3. A status conference shall be held on February 13, 2019, at 9:30 AM to consider Secured Creditor's request for *Prospective Relief from Automatic Stay* at the **C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128.**

4. There shall be adequate insurance maintained on the property and proof of same shall be submitted to Secured Creditor.

5. This Order is entered for the sole purpose of allowing the Secured Creditor to pursue its lawful in rem remedies as to the Property and said creditor shall neither seek nor obtain any in personam relief against the Debtor(s).

###

**Order submitted by:**
Wanda D. Murray
Aldridge | Pite LLP (formerly known as

Aldridge Connors, LLP)
Attorney for Secured Creditor
Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305

Wanda D. Murray, Esq. is directed to serve copies of this order on the parties listed below and file a certificate of service.